40        EXT.        SHORELINE        DAY                    40

    REVERSE POV of the swimmers as they play in the sun
    and water.  The brush in front of us moves slightly.

    The CAMERA MOVES slowly away from the shore towards
    the generator shed.

                                        CUT TO:


41        EXT.        GENERATOR SHED        DAY              41

    The CAMERA as VOYEUR moves up to the exterior of
    the shed.  A hand reaches out and opens the door.

    We see inside a large, heavy-duty power source.

                                        CUT TO:


42        EXT.        LAKE        DAY                        42

    NED sits in an innertube.  JACK is in another.  They
    have lined up on an imaginary line.  ALICE has her hand
    raised while BILL, BRENDA and MARCIE wait.

                        ALICE
              On your marks! Get set!

    NED takes off like a bat before the go!  JACK yells
    and takes off after him.  The others laugh.

                        MARCIE
              Cheaters lose!

                                        CUT TO:


43        INT.        GENERATOR SHED        DAY             43

    The CAMERA as VOYEUR has just finished wiring a piece
    of heavy copper wire to a set screw. The hand carefully
    places a screwdriver up on the tool shelf that runs
    along one side of the old shack.

    The CAMERA BACKS out of the shed.

                                        CUT TO:


**MILLER EX. B**

VM00165

A-462

44      EXT.      EDGE OF THE WATER      DAY                    44

In the BG, BRENDA, MARCIE, JACK and NED are standing
and talking.  They are up to their necks in the water.

In the FG, ALICE and BILL lie on their towels on
the shore.

                    ALICE
          You're the oldest, too?

                    BILL
          Two brothers and a younger sister. I've
          been a baby sitter ever since I was seven.
          I guess I must like it.

                    ALICE
                    (laughing)
          My father said, "Why you want to babysit
          for strangers?  I got five kids here."

                    BILL
          Sounds like my mom.
                    (pause)
          I really did like your sketch, Alice.  I
          hope I didn't hurt your feelings.

                    ALICE
          Maybe I'm too thin-skinned.  My old boy-
          friend said I was too defensive.

                    BILL
          Old boyfriends never have any taste.

They laugh.

                                        CUT TO:


45      EXT.      ANOTHER PART OF THE BEACH      DAY          45

BRENDA and NED are toweling off.

                    NED
          I missed first and second grades 'cause I
          had polio.  My mother didn't believe in
          doctors so I never got the vaccine.

                    BRENDA
          That's rough.

                                        (continued)

**MILLER EX. B**

VM00166

A-463

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 44 of 187          29.

45        (Continued)                                          45

          NED shrugs.

                              NED
                    Rough?  My little sister died of it.
                    I guess I was lucky.

                              BRENDA
                    I'm sorry.
                         (changing the subject)
                    What do you want to be when you grow up?

          NED smiles.

                              NED
                    I've been accepted at Cornell Med School
                    this fall.

                              BRENDA
                    That's terrific!  If you don't decide to
                    play tricks on your patients.

                              NED
                    All I want to play is doctor.

          He makes funny eyes.

                                             CUT TO:


46        EXT.      BEHIND ALICE'S CABIN    DAY                46

          The CAMERA as VOYEUR looks at the short underbrush
          behind the cabin.  There is something there.  A burlap
          sack.  A gloved hand reaches into FRAME and snags the
          bag.  There is something in the bag.

          The CAMERA moves around to the side window of the cabin.
          LOOKS IN.

          The single cot is next to the window.  On top of its
          clean white sheet is ALICE's pack.  Across the way on
          the floor is her small camp trunk.  The window is
          open, making the pack very accessible.

          The VOYEUR's hands reach in and flip open the top of
          Alice's backpack and compress some of her clothes
          on top.

                                             (continued)

MILLER EX. B

46   (Continued)                                                    46

The VOYEUR's hands reach down to the burlap bag at
his feet.  Untie the neck carefully.  Then in a flash
the hand reaches into the bag and removes a slightly
stunned snake, holding it carefully behind the jaws.

The CAMERA watches as the hands swing the snake aloft
and stuff it into the top of Alice's pack.  The hands
withdraw quickly and snug up the canvas top.  Suddenly,
as the last leather buckle is belted, the snake's
two fangs pierce the cloth an inch from the VOYEUR's
hands.  The fangs withdraw, leaving two small but
detectable holes in the top flap.

                                        CUT TO:


47       EXT.      EDGE OF THE LAKE    DAY                          47

JACK stands up, drying off.  MARCIe is stepping into
her shorts and zipping up.  The OTHERS are in various
stages of getting ready to go on to the next thing.
ALICE lies on her towel, still basking in the sun.

                    JACK
          Supper at seven?

                    NED
          Sounds good to me.

                    BILL
                (to Alice)
          Don't get too much sun.

          MARCIE                        ALICE
        (to Jack)                   I don't burn that easily.
How many feet is it to
first base?                              BRENDA
                                   I already got too much.
     JACK
Depends on the ages, the                 NED
league, whatever...             You game to try that
                                trail?  The red one?
     BILL
   (to Jack)                             BRENDA
Now I know where I saw          Yeah, okay.
you!  It's been bugging
me. You were AAU swim
champ this year.

     JACK
Yeah.

                                        (continued)

**MILLER EX. B**

VM00168

47    (Continued)                                               47

      They all walk away, leaving ALICE to get her sun tan.
      She smoothes out her towel and snuggles in the warmth.

                                              CUT TO:


48    EXT.        EDGE OF THE LAKE:ANOTHER ANGLE    DAY         48

      A LONG SHOT as the sun heads for the horizon across
      the lake.

      Through the brush, we can see ALICE lying on the
      beach.  The THEME sneaks in very faintly.

                                              CUT TO:


49    EXT.        CAMP        DAY                               49

      NED and BRENDA hike to the red trail, moving past the
      trail which is now overgrown.  The CAMERA lingers just
      a moment to watch the trail fill up with creepers, vines,
      and all the growth of 20 years.

                         BRENDA
                I've had two things published, really.
                One short story in a local magazine.
                One in Redbook.

                         NED
                Really?  That's not chopped liver.

                                              CUT TO:


50    EXT.        BOATHOUSE        DAY                          50

      We are near the canoes.  BILL has set up two trestles
      and is under the shade of the building as he sands down
      the finishes on the paddles before giving them their
      last coat of varnish.

      He looks down the beach and can just see ALICE lying there.

                                              CUT TO:


**MILLER EX. B**

VM00169

51      EXT.      SOFTBALL FIELD      DAY                    51

CU as a limespreader is pushed along, lining out the
field for the kids.  PULL BACK to see JACK doing the
work while MARCIE holds a marking string taut so that
JACK's line will be straight.

                         MARCIE
              You're beautiful even when you're
              sweaty.

                                        CUT TO:


52      EXT.      LAKE          DAY                          52

The sun has dipped part of its bottom edge behind the
far trees on the mountain across the lake.

The  CAMERA looks down at ALICE as she sleeps in the
late sun.  Her face is peaceful.  A shadow crosses her
body;  somebody is standing over her, between her and
the sun.  ALICE wakes with a start.

CUT BACK to see BILL looking down at ALICE with a smile.

ALICE shakes her head.

                         ALICE
              I didn't know I was asleep. Confusing.

                         BILL
              It's almost five.  You've slept for an
              hour.

ALICE takes the news with hyper-activity. She jumps
up and makes sure she hasn't left anything.

                         ALICE
              Oh. Oh. I was going to unpack before dark
              and I still have to do a lesson plan for
              the first week and draw my linen and....

                         BILL
              ...there's plenty of time.  Go unpack.
              We're all meeting at the kitchen at seven
              to cook up our first night's celebration.

They walk and talk, leaving the shore.

                                        (continued)

**MILLER EX. B**

VM00170

52   (Continued)                                                      52

                              BILL (Contd)
                    Alice...I just wanted to say that I'm
                    glad you're going to be here this
                    summer.

                         ALICE
               ...me too.

          They stop in front of ALICE's cabin.  We know that we
          have seen it before.  They stand, almost unwilling to
          leave.

          POV the VOYEUR through the brush behind and off to
          the side of the cabin.  The two young PEOPLE talk and
          we hear their conversation.

                         ALICE
               I better get unpacked.

                              BILL
               See you at seven.

          ALICE goes into her cabin and BILL waits, then jogs
          off to his own section.

                                             CUT TO:

53   INT.     ALICE'S CABIN      DAY                                  53

          The CAMERA watches ALICE as she comes in her door.
          in the FG is her backpack, the one containing the
          snake.

          ALICE is very happy, bubbling up inside with the
          vibes she has received from that handsome young
          man who has just walked her to her door.  This
          could be the best summer of her life.

          The room is small.  There is a metal-frame cot, an
          old wooden dresser and a cloudy mirror over it.  The
          walls are a light blue, freshly painted. They do not
          go all the way to the ceiling on one side in order
          that she can hear what's going on in the adjacent
          larger room where the campers will be.

                                             (continued)

**MILLER EX. B**

VM00171

A-468

53     (Continued)                                                    53

     ALICE looks at herself in the mirror.  Behind her the
     pack sits on the bed.  She tries to fluff her hair
     but knows that it's a lost cause.  She smiles.

     Turns.  She leaves her room and the CAMERA FOLLOWS
     her out to the main room.

     There are six bunkbeds, three on each side of the room.
     She will have a dozen girls to watch over.  In the
     late afternoon gloom she smiles and leans herself on
     the nearest bunkbed.  She can't wait for it all to
     begin.  Then realizes she can't daydream.  She has
     work to do. She goes back to her section, thinks,
     looks at the pack, then at the footlocker.  Decides
     to open up the footlocker.

     ALICE tosses some stuff out, grabs some things and a
     terrycloth bathrobe.  She tosses it all over her
     shoulder and makes an exit.

                                            CUT TO:


54     EXT.       CAMPGROUNDS      DAY                              54

     ALICE heads from her cabin to the showers.

                                            CUT TO:


55

MILLER EX. B

VM00172

56        INT.      ALICE'S CABIN      DAY                          56

          ALICE walks quickly into her room, her hair in a turban,
          her body in the terrycloth robe.  She flips off her
          shower shoes, takes off her turban and looks for her
          brush.  She hums a song to herself, runs her fingers
          through her hair.  Oh, I know where I left my brush,
          she thinks, and heads for the backpack.

          CU as her fingers begins to loosen the buckles.  She
          notices the two holes, purses her lips and shakes her
          head.  What a shame.  A new pack.  She shrugs, unflips
          the buckles and flops back the top.

          REACTION SHOT:  Terror in her face as ALICE screams!

          REVERSE POV:  the snake is coiled and ready to strike,
          poised next to her hairbrush.

                                              CUT TO:


57        EXT.      MAIN CABIN      DAY                             57

          BILL has a handful of tools, including a large shovel,
          which he is carrying back to the shed.

                              ALICE (O.S.)
                    Help!

          BILL doesn't hesitate.  He runs quickly for the cabin,
          carrying the shovel at port arms.  MARCIE and JACK
          follow from the distant BG.

                                              CUT TO:


58        INT.   ·  ALICE'S CABIN      DAY                         58

          ALICE is backed up in the corner of the room.  The
          snake could strike and get her.

          BILL runs into the room, still carrying the weapon.
          He looks at her.

                              ALICE
                         (in a tight whisper)
                    There's a fucking snake in here...

                                              (continued)

**MILLER EX. B**
VM00173

59      EXT.      CAMP          LATER AFTERNOON                    59

Looking across the lake we can see the camp, nestled
in among the late afternoon rays of the sun. We can
just hear the sound of an animal roused for an evening
of hunting.

                                        CUT TO:

60      INT.      CAMP KITCHEN      LATE AFTERNOON                60

BRENDA's hand in CU whips open a cupboard door.  She
reaches in and takes out some flour.  The bag has been
opened.

BRENDA is at one counter making up a cake.  In the BG
we can hear the SOUNDS of the others.  The CAMERA
lingers in CU as BRENDA measures out the fine white
sugar, flour, etc.

            NED (off)                           BILL (off)
    Anybody want to play some         Where'd you learn that
    tennis?  I'm no good, but         shot?
    I'm fun to beat.
                                              JACK (off)
            ALICE                     Exhibition of Chinese
    I'll play you after supper.       players wiping out a
                                      U.S. team.

The CAMERA gradually PULLS BACK to see that the kitchen
is a big old affair and that the big meeting room, with
ping-pong table is just across a walkway.  BILL and JACK
are playing ping-pong.  NED is watching ALICE work on
a sink full of dirty dishes.  MARCIE is kibbitzing on
BRENDA's cake.

            MARCIE                              NED
    That's way too much salt.         You bring a racquet?

            BRENDA                              ALICE
    Salt brings out the               Yeah.
    flavor.
                                                NED
            MARCIE                      Okay!
    You'll have a lot of
    flavor and high blood                       ALICE
    pressure.                         I hope you don't mind
                                      that I'm good.
            JACK (off)
    I'm going for the
    Schneider.

**MILLER EX. B**                              (continued)
                                        VM00174

A-471

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 52 of 187          38.

60      (Continued)                                                          60

                    BILL (off)
         No chance.                                    NED
                                              You've never seen
                                              my forehand.

NED wanders into the middle of the kitchen, bored,
looking for some attention.

                    NED (Contd)
         Hey, folks, I discovered this letter
         this afternoon in a secret hiding place.

                    MARCIE
         What?

NED takes out a blank piece of paper from his pocket
and pretends to read.

                    NED
         Dear Mom and Dad:  Camp Blood is real
         fine except for the strange man who
         flies at night and sucks our counsellor's
         body..

                    BRENDA
         Ned...

                    NED
         And Mom, you'd really love our counsellor.
         He says whenever I'm scared I can sleep
         in his bunk with him.

MARCIE and BRENDA laugh.

                    ALICE
         Do any of you know if snakes can smell?

BILL and JACK finish their game in the BG and BILL
congratulates the winner.  They come into the kitchen
and take a look around.

                    NED
         Hunh?

                    ALICE
         Bill said maybe the snake climbed in on
         account of he smelled my perfume. Can
         snakes smell?

                                              (continued)

**MILLER EX. B**

A-472

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 53 of 187        39.

60      (Continued)                                                          60

                                NED
                    Sure. That's why they stick their little
                    forked tongues out all the time.  That's
                    how they smell.

                                BRENDA
                    I can hardly read my recipe.  Neddy,
                    why don't you go crank up the generator?

                                NED
                    Wonderful!  What's a generator?

                                JACK
                    That's my department.  Mr. Christy showed
                    me before he left.

        JACK heads for the door and BILL follows him.

                                NED
                    God, but I love that macho shit.
                    Generators!

                                                    CUT TO:


61      EXT      CAMPGROUND         LATE AFTERNOON                           61

        There are some spots which are so dark you can't see.
        But it is light enough to see JACK & BILL walking along
        towards the generator shed.

                                BILL
                    ...figured I might as well learn how...

                                JACK
                    No sweat.  Ya' just crank it up, flick
                    on the gas valve and let 'er rip.

        They reach the shack.  JACK unfastens the door.  His
        hands in CU flip the hasp and the door latch.

        The door pulls back into the CAMERA.

                                                    CUT TO:


MILLER EX. B                                          VM00176

63    (Continued)                                                63

                              JACK
                    You outta your mind?  There's plenty of
                    lanterns and fuel in the supply shed.
                    Let Mr. Christy fix that killer.

          They lock it up and walk away.


          We see them from a distant POV.  The THEME enters as,
          through the trees, we can just see BILL & JACK walking
          to the equipment shed.

                              JACK
                    You know karate?

                              BILL
                    One year.

                              JACK
                    Never been kicked that hard before.

                                        CUT TO:


64    INT.    EQUIPMENT SHED    DUSK                             64

          A flashlight beam is aimed directly into the CAMERA
          LENS, streaking it with rays.  The beam turns aside,
          revealing JACK and BILL, each with portable battery-
          operated flashlights.  JACK scoops up a can of lantern
          fuel and a Coleman lantern.

                              JACK
                    Why don't you grab a lantern and we'll
                    have enough light for the whole cabin
                    plus the flashlights.

          BILL nods and picks up a lantern. Follows JACK out the
          door.

          Just as they pass the wall by the door we HOLD ON THE
          WALL and we see that all the hatchets and all the
          sheath-knives are missing!  The flashlights die out.
          The door closes and we are alone in the dark.

                                        CUT TO:


MILLER EX. B

VM00177

A-474

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 55 of 187                43.

65      INT.      KITCHEN      DUSK                              65

CU as the mantles take fire under pressure and burn
white hot.  The coughing sounds of the Coleman CROSS
FADE with the THEME.

Suddenly a second white hot set of double-mantles
explodes and the kitchen is bathed in characteristic
yellow camp light.

*White*

WE SEE that BILL, JACK, NED, MARCIE, BRENDA & ALICE
are all in this reduced space offered by the light.

                    NED
          Okay.  Last line of Gone With the Wind!

                    BRENDA
          Frankly, Scarlet, I don't give a damn!

                    MARCIE
          No. It's, oh, I know it.  Something
          about tomorrow.

                    ALICE
          Tommorrow is another day.

                    MARCIE
          Right, right!

NED nods.  MARCIE works on a bowl of California dip.
BILL takes a lantern out to the ping-pong table.  ALICE
is washing dishes still...BRENDA finishes her measuring.

Suddenly ALICE cries out.  Everybody whips around to
where she is washing.  ALICE holds up a piece of broken
glass and a cut finger.  The blood flows freely, but it
is not a serious cut.

                    JACK
          BandAids are in here.

He fetches a box of BandAids.

          NED                         JACK
     Who played the role of      Dry off the cut a little
     Gorgon in Star Trek?        if you can.

          BRENDA                      ALICE
     Melvin Belli.               It's okay.

                                      (continued)

MILLER EX. B                                    VM00178

A-475

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 56 of 187          44.

65          (Continued)                                                              65

                    NED                                    BILL
          You're a Trekkie!?                     How'd the thing break
                                                 in there?
                    BRENDA
          My little brother watches                        ALICE
          a lot.                                 Somebody probably dropped
                                                 something in too hard.


NEDDY is hoving over MARCIE as she pours out the
potato chips into a bowl next to her bowl of dip.

                              NED
                You're just lucky they don't have snakes
                in the dishwater here.

He dips a chip and eats.

                              MARCIE
                Piggy-piggy, soooooey.

Suddenly NED's face goes red.  His eyes bulge out.
He grabs his throat and gags.  Coughs, can't clear it.

JACK pushes in along with BILL.

                              JACK
                What is it?

                              BILL
                Is it stuck?

NEDDY points at the dip and slumps down on the floor.
He writhes.

                              MARCIE
                Help him!

                              ALICE
                Oh, my god!

                              BILL
                Roll him over!

Just as BILL goes to touch him, NED stops his act and
grins from ear to ear.

                              NED
                Ta-da!

REACTION SHOTS as it sinks in that NED has been putting
them on.

**MILLER EX. B**                                      (continued)

A-476

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 57 of 187          45.

65      (Continued)                                                        65

                              MARCIE
                    You turkey!

                              JACK
                    That wasn't funny, Ned!

         BILL stands up, angry, but keeps his counsel. ALICE
         goes back to her work.

                              NED
                    It's in the brochure...

                              BRENDA
                    Hunh?

                              NED
                    "The camp offers a full drama program."
                    You just saw the last act of "Death by
                    Onion Dip at Camp Blood."

                              MARCIE
                    If you call this place that name once more,
                    I'll stick that whole bowl up your nose.

         ALICE, in the BG, has been searching for something.

                              ALICE
                    I don't think we'll be able to have my
                    salad.

                              MARCIE
                    How come?

                              ALICE
                    I can't find a cutting knife anywhere.

                              JACK
                    There's plenty of hunting knives out
                    in the equipment shed.

                              NED
                    I'll get 'em.

         BILL comes back in from the other space.

                              BILL
                    You volunteering?

                              NED
                    Will you love me if I bring you a
                    nice knife?

                                              (continued)

**MILLER EX. B**

VM00180

A-477

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 58 of 187          46.

65      (Continued)                                                          65

                              BRENDA
                    Never.

                                  NED
                    Easy come, easy go.

He takes a spare flashlight and bops on out of the kitchen
and out of the building.

BRENDA shakes her head and puts the cake in the gas oven.
The door slips out of her hands and slams shut.

                                        CUT TO:


66      EXT.    CAMP GROUNDS        DUSK                                      66

MARCIE has just told a joke and BRENDA has laughed
uproariously at it.  ALICE, BILL, JACK, MARCIE & BRENDA
are all seated around the kitchen table, slurping on
the California dip and passing a joint around.  ALICE
takes one cautious puff.  BILL smiles, takes a toke
of his own and passes it on.

                              BRENDA
                    Okay, okay.  How many Californians does
                    it take to screw in a lightbulb?

                              MARCIE
                    God, but this dip is fantastic.  I don't
                    know.

                              BRENDA
                    Fifteen.  One to screw in the lightbulb
                    and fourteen to share the experience.

BILL and ALICE laugh, but MARCIE and JACK are sort of
left in the lurch.  BRENDA also laughs.

                              MARCIE
                    I don't get it.

                              BRENDA
                    Californians are all into experiencing
                    shit and stuff...Ya had to be there.

                                        (continued)

MILLER EX. B

VM00181

A-478

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 59 of 187          47.

66      (Continued)                                                    66

She turns to JACK.  Shrugs.

                    MARCIE
          It takes a dozen women's libbers to
          screw in a lightbulb.  Two to screw in
          the bulb and ten to write about it.

They all laugh.

                    JACK
          When is dinner gonna be ready?

There is a distant rumble of thunder.  Very faint.
ALICE shivers.

                    MARCIE
          There goes the weather report.

                    ALICE
          Where is Ned with my knife?

                    BRENDA
          Ned is probably out there rigging up
          a practical joke.

                    MARCIE
                (laughing)
          Yeah.  He's draining the lake!

JACK stands up.

                    JACK
          Speaking of draining the lake, how 'bout
          a walk by the water before the thunder gets
          any closer?

The others all go "Ooooooooh."

                    JACK (Contd)
          A walk!  A walk!

                    MARCIE
          Boy, we have a lot of small, filthy-minded
          people around here.
                (to Jack)
          Wait a minute, I'll get my diaphragm and
          be right with you.

                                        (continued)

MILLER EX. B                                    VM00182

A-479

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 60 of 187      48.

66      (Continued)                                              66

        MARCIE stands up as everybody laughs.  She goes out with
        JACK, each carrying a battery-lamp.

                          BILL
                     (still laughing)
                Incredible.
                     (to Brenda)
                How was your walk with Ned?

                          BRENDA
                He kept saying he was afraid of wolves
                and tried to jump into my lap.  Trouble
                was I was walking at the time.

                          BILL
                Think you'll be able to resist his charms
                all summer?

                          BRENDA
                I have never been so horney that I had to
                take second best.

        She looks a happy-challenging smile at ALICE, who misses
        the barb.

                                              CUT TO:


67      EXT.      CAMP GROUNDS           NIGHT        •        67

        The thunder claps a bit louder now.  The storm has come
        closer.  Lightning precedes a second clap.

        JACK and MARCIE walks past the equipment shed.  In a
        LOW ANGLE we see them pass.  In the FG is NED's flash-
        light, its lens shattered, just out of view of the
        happy lovers.

        ANOTHER SHOT as JACK & MARCIE make their ways towards
        the lake.

                          JACK
                Wind's up.  It's shifted a hundred and
                eighty degrees.

                          MARCIE
                Makes me want to hold on and never let
                go.

                                              (continued)

MILLER EX. B

80      (Continued)                                                    80

                                    BILL
                    Un-hunh?

BRENDA looks off to see if ALICE is near.

                                    BRENDA
                    You're turned on to Alice, hunh?

BILL looks confused, but he is caught flat-footed and
nods.

                                    BRENDA (Contd)
                    Thought so.  Look, if things don't work
                    out the way you hoped, I'll be around,
                    okay?

BILL can do no more than sort of smile and nod.

                                    BRENDA (Contd)
                    I wanted to be out front.  I'm very
                    attracted to you.

ALICE walks in with a tray, three cups of coffee, and
cream & sugar.  She puts it all down on the small table
in front of the couch.  She sits next to BRENDA.

It is relatively quiet now, except for the pop of the
fire, the rain on the roof and the thunder rolls.

                                    BRENDA (Contd)
                    None for me, thanks.  I want to sleep
                    tonight.  I must have spent the last two
                    weeks trying to finish three term papers
                    and a hundred finals.

                                    BILL
                    What's your major?

                                    BRENDA
                    It was going to be communications, but
                    I decided to try pre-law.

                                    BILL
                    Same here.  What school?

                                    BRENDA
                    Southern State.

                                            (continued)

**MILLER EX. B**

80      (Continued)                                                        80

                      BILL
        Fantastic.

ALICE feels left out as the others talk.  She gets up
and holds her coffee cup between her hands.  Walks to
the front screen door to watch the night fill up with
rain.

                    BRENDA (O.S.)
        I had Dr. Ganim for Torts.  He thought
        he was John Houseman.

                    BILL (O.S.)
        I know him.  He wrote the book we use.

                    BRENDA (O.S.)
        That's his brother.

ALICE leans against the jamb and feels a trickle of
fear.

                              CUT TO:

MILLER EX. B

VM00185

82    (Continued)                                          82

      He listens to a country station on the radio, but it
      is experiencing more static than music.

      STEVE's hand reaches in and shuts off the radio as
      useless.

                                              CUT TO:


83    INT.    BIG MEETING ROOM          NIGHT              83

      It is later now.  The storm has eased a little bit here.
      ALICE has finished her coffee.  They are all a little
      tired.

      BRENDA gets up.

                        BRENDA
            I think I'll go get ready for bed, write
            a few letters, and sleep my head off.
            Philosophical discussions are not my
            thing.

                        BILL
      We didn't mean to drive you off.

                        BRENDA
                  (with a knowing smile)
      No, of course not.  If I don't write
      Mom every day, she thinks I've been
      raped and killed.  You want any help
      cleaning up?

                        ALICE
      No, thanks.  I'll do it.

      BRENDA makes her way to the door.

                        BRENDA
            Too bad Annie never showed up.  I wonder
            what Steve is gonna do for a cook?  Good-
            night, all.

      BILL hands her a lantern and a yellow slicker.

                                        (continued)

**MILLER EX. B**                                    VM00186

92        (Continued)                                                      92

    The lamp goes off except for a slight lingering glow
    from the mantles.

                          BRENDA (Contd)
              I guess I go to bed earlier than I
              planned.

    The storm becomes a bit wilder.  The lightning flashes
    outside the one small window as BRENDA pulls back the
    top sheet.

    A flash of lightning simultaneously reveals that
    someone has placed something there!

    It is ANNIE's head, severed at the neck. Her face
    has a frozen expression of terror across it.

    BRENDA reacts with shock, turns and runs from the
    terrible sight.

                                              CUT TO:


93        EXT.     GIRLS' CABIN      NIGHT                         93

    BRENDA runs from the cabin onto the porch, meaning
    to turn left to run to the main cabin.  The CAMERA
    is tight on her as she opens the door, turns and
    stops short when she sees a black figure blocking
    her way.

    BRENDA screams again, puts on her brakes, and runs
    the opposite way, away from the shape, away from
    the main cabin and safety.

                                              CUT TO:


94        EXT.    CAMP ROADWAY       NIGHT                         94

    BRENDA runs through the rain, her flimsy pajamas
    drenched.  Her bare feet slip in the mud.  She heads
    for a small rise that leads to the softball field.

    The VOYEUR chases her.

                                          (continued)

**MILLER EX. B**

VM00187

94      (Continued)                                              94

        BRENDA slips trying to get up the hillock, slips
        back down and screams as the KILLER catches up
        to her.

        We do not see what happens.

                                        QUICK CUT TO:


95      INT.    POLICE CAR        NIGHT                          95

        STEVE is anxious, impatient, angry at his Jeep.

        TIERNEY is grateful for the company. He likes STEVE.

                        TIERNEY
                You sure as heck surprised me.  Re-
                openin' that place.

                        STEVE
                You didn't think anybody'd send their
                kids to Camp Blood?

                        TIERNEY
                Cops are superstitious people.  Don't
                tell anybody I said it, though. Something's
                wrong with that place.

                        STEVE
                If you guys had caught the killer in the
                first place...

                        TIERNEY
                Same old song...

                        STEVE
                You're gonna tell me that because it's
                Friday the thirteenth today and because
                there's an evil spell on Crystal Lake,
                I should watch myself?

                        TIERNEY
                Everybody's got different superstitions.
                What can I tell you?

                        STEVE
                I only believe what I can see and feel.

**MILLER EX. B**                                  (continued)

95      (Continued)                                                          95

                              TIERNEY
                    We spent two years tracking down leads
                    on those killings, Steve.  It don't take
                    a Friday the thirteenth to tell me
                    something's wrong.

                              STEVE
                    You're a real work of art.  Part Sherlock
                    Holmes and part Ouija Board.

        The police radio which has been on "squelch" comes on.

                              DISPATCHER (VO Filt)
                    Sgt. Tierney, report.

                              DISPATCHER #2 (VO Filt)
                    I need a clear frequency.      .

                              DISPATCHER (VO Filt)
                    Sgt. Tierney?

                              TIERNEY
                              (into the mike)
                    This is Tierney.

                              DISPATCHER #2 (VO Filt)
                    Rescue squad with jaws of life...near mile
                    marker 17...possible fatalities...

        TIERNEY has gone completely professional.  STEVE leans
        in to try to comprehend.

                              DISPATCHER #2 (VO Filt)
                    ...reported three involved...maybe more...
                    Head-on...One upside down...

                              DISPATCHER (VO Filt)
                    Sergeant Tierney, there's a bad accident,
                    possible fatalities near mile marker 17 on
                    the Interstate.  Three vehicles at least.
                    One tractor trailer and a bus.  Over.

        TIERNEY yells into the mike.

                              TIERNEY
                    Roger. This is Tierney. Am proceeding now.
                    Estimate arrival there at fifteen minutes.
                    How copy?

                                                    (continued)

98      INT.      MEETING ROOM          NIGHT                    98

The fire is seen in MCU, burning to rich red embers,
hissing whenever a raindrop makes it all the way
down the chimney.

The CAMERA MOVES SLOWLY, PANNING to find ALICE sitting
cross-legged at one end of the couch, BILL sitting
almost the same way at the other end.  They sit in
silence.

BILL reaches out his hand and covers ALICE's hand on
the back of the couch.

ALICE smiles and does not move her hand.

                    BILL
          Would you ever sketch me?

ALICE smiles.  Nods.

                    BILL (Contd)
          Would it look like me?

                    ALICE
          An idealized version, maybe.

BILL laughs.  He thinks about leaning forward to kiss
her, but decides against it.

                    BILL
          You are a very special person.

ALICE waits, not knowing how to react.

                    ALICE
          I...feel...like such a dope.

                    BILL
          That's wonderful.

BILL changes his position, leans foward and ever so
gently places a kiss on ALICE's lips.

ANOTHER ANGLE:  BILL reaches around to enfold her into
his arms.  The rain hammers on the roof.

                                        CUT TO:

**MILLER EX. B**

VM00190

99     EXT.      CAMPGROUNDS            NIGHT                    99

       In the BG we can see a part of the van parked in the
       storm.  In the FG, in ECU we can see a block and
       tackle, a rope rove through it.  A heavy weight is
       pulled, but we do not see what it is.  The THEME
       reminds us this is the VOYEUR.

       MCU as the VOYEUR leads a rope to the ground.  We
       can hear grunts, exertion.

       MCU a rivulet of blood upon the mud, joining another
       rivulet.

                                            CUT TO:


100    EXT.      RURAL ROAD            NIGHT                    100

       STEVE CHRISTY jogs through the rain.

                                            CUT TO:


101    EXT.      RURAL ROAD            NIGHT                    101

       STEVE passes the sign which announces Camp Crystal
       Lake.  He looks up, smiles.  We do not see who he
       sees.

                              STEVE
                  Oh, hi.  Can I help you?

                                            CUT TO:


102    INT.      MEETING ROOM          NIGHT                    102

       The fire has died down considerably.  The CAMERA PANS
       to see BILL and ALICE on the couch.

       It is later.  ALICE is in BILL's arms, drowsy, dozing
       off.  BILL doesn't mind.  He is protective.  Proud.
       Patient.

                                            (Continued)

MILLER EX. B

VM00191

102     (Continued)                                          102

A single Coleman lantern burns on the table nearby.
BILL extricates himself from ALICE carefully so that
he does not wake her.

He stands looking down at her.  She is beautiful. He
picks up the lantern and tip-toes out of the main
meeting room to go to the kitchen area.  Only the
barest glimmer of firelight shows us ALICE lying on
the couch.

There is the hint of motion at the window a few feet
away from ALICE.

                                              CUT TO:


103     INT.      KITCHEN          NIGHT              103

CU as BILL's hand reaches into a cupboard and retrieves
a jar of instant coffee.

ANOTHER ANGLE:   BILL turns to measure a spoonful into
a cup he has already taken down.

ANOTHER ANGLE:  BILL goes to the stove, takes a tea-
kettle from the rear burner and goes to the sink. He
fills the kettle and turns back to the stove.  He
places the kettle on the burner, pops the gas on,
lights a match that ignites the gas, and settles
back to wait for his water to boil.

BILL looks around the dimly lighted kitchen for some-
thing to amuse himself with.

CU as he picks up a copy of Outdoorsman Magazine.
Flips through the ads for rifles and ammunition. Then
puts it down.

With his hands on his hips, BILL surveys the scene.

He hears a soft, muffled banging sound that mixes with
the wind and rain.  He looks down the back hallway.
Leaving the Coleman burning on the kitchen table, he
takes a flashlight and goes down the hall.

                                              CUT TO:

**MILLER EX. B**

VM00192

75.

104     INT.     HALLWAY      NIGHT                          104

        BILL walks down the hallway.  The banging sound is a
        little louder now.

        He heads for a window which is open a few inches. The
        rain is slanting in on the floor.  BILL sees that a
        shutter has come unfastened.  It is banging.  He opens
        the window fully, leans out and pulls the shutter to him.

                                        CUT TO:


105     EXT.     MAIN CABIN    NIGHT                          105

        BILL struggles against the elements and finally gets
        the shutter refastened.

                                        CUT TO:


106     INT.     HALLWAY      NIGHT                          106

        BILL pulls back inside.  Slings the water off himself.
        Then he heads further down the hall, still curious.

                                     QUICK CUT TO:


107     INT.     KITCHEN       NIGHT                          107

        ECU of the tea kettle as it bursts into a shrill
        whistle.

                                     QUICK CUT TO:


108     INT.     MEETING ROOM      NIGHT                      108

        ALICE sits up into the CAMERA, startled.

                                        (continued)

VM00193

108   (Continued)                                              108

                              ALICE
                Bill?

ALICE gets up quickly in the semi-dark and, noticing
the Coleman light in the kitchen, she hurries towards
it.

                              ALICE (Contd)
                Bill?

The whistle continues to dominate the SOUNDTRACK.

                                        CUT TO:


109   INT.     KITCHEN        NIGHT                            109

CU of the boiling tea kettle.

ANOTHER ANGLE:  ALICE shuts off the gas, turns and
faces the big empty kitchen.  The Coleman glows.

                              ALICE (Contd)
                Bill?

ALICE is uneasy.  She takes the pot off the stove and
pours it into the cup BILL had already prepared.

She feels a little nervous.  Grins and shrugs.

                              ALICE (Contd)
                No reason to be nervous.

The light from the Coleman lantern begins to flicker.

ALICE crosses to the table and pumps the pressure valve.
The mantles burn brighter.

ALICE looks around.  Picks up the lantern.  Where is Bill?
She goes back to the big meeting area to check.

                                        CUT TO:


MILLER EX. B

77.

110        INT.        MEETING ROOM        NIGHT                     110

Still carrying the lantern, she walks in and peeks.
It looks the same as when she left it.

She walks back to the ping-pong table.  Traces her
fingers along the top of it as she walks.

She goes to one of the walls where a number of framed
photographs have been hung--one for each year the camp
was in operation--up to 1958.

She shrugs.

ANOTHER ANGLE:    ALICE walks back towards the kitchen.

                                    CUT TO:


111        INT.        KITCHEN            NIGHT                     111

ALICE walks in, takes a sip of the cooling coffee, then
walks towards the larder.

CU her hand on the latch.  Pulls it open.

There is nothing inside out of the ordinary.

She closes the door.

                        ALICE (Contd)
                Bill?  Where are you?

She looks down the hallway where BILL had gone.  Heads
off down the hall with her lantern.

                                    CUT TO:


112        INT.        HALLWAY            NIGHT                     112

She passes the window he had opened to fix the banging
shutter.

There are two regular-size doors at the end of the dark
hall, now illuminated by her Coleman.

                                    (continued)

MILLER EX. B

VM00195

112        (Continued)                                              112

        ALICE walks to the end of the hallway, to the door on
        the left.

                            ALICE
                Bill?

        She knocks gently on the door.

        Puts out her hand and takes hold of the latch.  Pulls.
        It is locked.  She shrugs and goes to the other door.

                            ALICE (Contd)
                Bill?

        She puts a hand on the latch.  It sort of pulls, but
        stops, jammed by something.  She puts down her lantern
        so she can use two hands.  She pulls strongly until
        the door snaps open to reveal a storage closet filled
        with games, old books, an old crank-type phonograph,
        and another ping-pong table.

        ALICE reaches down to pick up her lantern so she can
        see the contents better.  As she half-leans in to see
        what's in this treasure trove, the door she had tried
        earlier begins to swing out very very slowly.  As it
        swings, we realize that something has been attached
        to it, but the shadows are too deep to make it out
        until it comes fully into view.  ALICE does not see
        what we see.

        BILL, looking like a travesty of the martyrdom of St.
        Sebastian, has been shot five times with arrows: twice
        in the eyes, twice in the groin, once in the heart.
        His mouth is open in a silent shout.

        ALICE finishes her look and then backs out.  She shuts
        the door, turns, sees BILL hanging on the door.

        REACTION SHOT:     She is riveted with horror, unable
        to move or turn or run.  The SOUNDTRACK screams with
        the THEME, the insistent STINGER, a shriek and a
        thunderclap.

        ALICE finally gives voice to her terror again and again.
        She turns, leaving the lantern and runs back to the
        window where Bill had fixed the shutter.  Just as she
        gets there, a figure swings, pendulum-like, into the
        glass, smashing the pane.  It is BRENDA, tied around the
        neck, hung from the peak of the roof and swung viciously
        at the fleeing ALICE.  BRENDA, long-since dead, dripping
        wet, white-faced, her eyes turned up white in their
        sockets.

**MILLER EX. B**
                                              (continued)

VM00196

A-493

79.

112    (Continued)                                                    112

ALICE sees, shrieks, and runs again.

CUT TO:

113    INT.     KITCHEN        NIGHT                                   113

ALICE runs into the kitchen.

                              ALICE
            Jack!  Ned!  Marcie!  Help me, please!!

She stumbles in the dim light over a chair by the
kitchen table.

ALICE sprawls on the floor, still crying with fear.
She gets up, slips, gets up again and runs awkwardly
out of the kitchen towards the front door;  the CAMERA
is tight on her.

Suddenly she runs into a yellow figure.  Another shriek.

ANOTHER ANGLE:   the yellow figure turns out to be a
human being dressed in a yellow slicker.  The figure
grabs ALICE, holding her in a strong grasp.

The figure throws the light on her own face.  It is a
woman in her early fifties.  She is strong, fairly
tall, and very nice looking.  This is MRS. VOORHEES.
She just wants to get ALICE to stop shrieking long
enough to tell her what the trouble is.

MRS. VOORHEES carries a battery-operated emergency light
which flashes on ALICE's face.  ALICE is sobbing
incoherently.

                         MRS. VOORHEES
            There, there now, my dear.  Please.  I
            can't help you if you can't speak.  There,
            there now....

ALICE allows the woman to lead her gently towards the
main meeting room.

                                              (continued)

**MILLER EX. B**

VM00197

80.

113     (Continued)                                              113

                          ALICE
              He's dead.  She's dead.  All dead.
              Please....Save me...Oh, poor Bill...
              Oh, my God...Oh, God...Oh, God...

                          MRS. VOORHEES
              That's right.

                                              CUT TO:


114     INT.     BIG MEETING ROOM      NIRHGT           114

        MRS. VOORHEES leads ALICE into the room and over to
        the couch.  She tries to get ALICE to sit down.

                          MRS. VOORHEES
              It will be all right.

                          ALICE
              All dead...all dead...Jack?  Marcie?
              Ned?
                      (Pause. She calls out with
                       half a voice.)
              Neddy?  Jack?  Marcie?

        MRS. VOORHEES puts an arm around her.

                          MRS. VOORHEES
              It's this place.  You're all upset.
              The storm.

                          ALICE
              No!  No!  They are dead....

        ALICE points over her shoulder towards the back--without
        looking.

        MRS. VOORHEES looks, shrugs.

                          MRS. VOORHEES
              You wait here, dear.  I'll go look.

                                              (continued)

**MILLER EX. B**                              VM00198

A-495

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 76 of 187          81.

114     (Continued)                                                      114

ALICE's face registers a new terror.

                    ALICE
          They'll kill you!  Don't leave me!

MRS. VOORHEES smiles nicely.

                    MRS. VOORHEES
          I'm not afraid.

She extricates herself and hands ALICE the flashlight.

                    MRS. VOORHEES
          You keep this to hold onto.

ALICE, at the edge of hysteria, takes the flashlight as
if it were a crucifix to ward off vampires.

                    ALICE
          Don't...don't...don't...

                    MRS. VOORHEES
          I'll be right back.

ALICE stands alone in the big meeting room. The fire
is dying out behind her.  The flashlight is held to
her sobbing breast.

MRS. VOORHEES exits.

CU ALICE, her  eyes clicking back and forth.  She
backs up against a bookcase.

The wind howls outside the window.  A sheet of rain
beats against it.

                    ALICE
          All...dead?
                    (whispers)
          Jack?  Neddy?  Oh, Marcie....

                                        CUT TO:

MILLER EX. B                                            VM00199

A-496

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 77 of 187          82.

115          INT.      HALLWAY          NIGHT                              115

MRS. VOORHEES comes down the hall.  The Coleman lantern
in the FG burns brightly, throwing long shadows across
the arrows in BILL's body.

We can only see BILL's shadow and MRS. VOORHEES' reaction.

                    MRS. VOORHEES
              Oh, my lord....

She is shocked.  She turns back, picking up the lantern.

                                        CUT TO:


116          INT.      MEETING ROOM        NIGHT                          116

MRS. VOORHEES returns carrying the Coleman.  It lights
up the room.

ALICE shines the flashlight in MRS. VOORHEES' eyes.

                    MRS. VOORHEES
              So young...so terrible.  What monster
              could have done such a thing?

                    ALICE
              Who are you?

                    MRS. VOORHEES
              I own the property adjoining.  I'm Mrs.
              Voorhees.  There was no light over here.
              I heard the screams....

She takes ALICE and leads her to the couch.  MRS.
VOORHEES looks like a handsome woman who cares about
people.

                    MRS. VOORHEES (Contd)
              We will go straight to the police.

                    ALICE
              The killer is still out there!

                    MRS. VOORHEES
              I will protect you.

ALICE calms down visibly.

                                        (continued)

**MILLER EX. B**

128   (Continued)

                    MRS. VOORHEES (Contd)
          We should go now.

                    ALICE
          Maybe we should wait for Mr. Christy.

MRS. VOORHEES shakes her head gently.

                    MRS. VOORHEES
          No.  That won't be necessary.

As she speaks, MRS. VOORHEES reaches into her slicker
in a surreptitious manner and very slowly slips out
a long hunting knife.

                    ALICE
          I don't understand.

MIXED on the TRACK, filtered, echoed and distant, is
the SOUND of a ten year old boy, JASON, crying for
help in a fantasy version of what might have happened
when he drowned in 1957.

                    JASON (VO,Filt)
          Help me, mommy...save me...please, mommy...
          please, mommy...help me, mommy...save me...

                    MRS. VOORHEES
               (cocking her head to listen)
          I am, Jason.  I am.

                    ALICE
               (a little confused)
          Why shouldn't we wait for Mr. Christy?

MRS. VOORHEES has gone through some subtle changes.
While her voice remains warm and comforting, her face
has started to slip into her other manifestation.
All of this is in concert with the visibility of her
weapon.

                    MRS. VOORHEES
          It was my son they killed.  They said he
          drowned, but I know it was inadequate
          supervision...

                              (continued)

**MILLER EX. B**

VM00201

128     (Continued)                                              128

ALICE starts to become increasingly anxious.  She
can't see the knife rise behind her.

                    ALICE
          Mr. Christy will be back soon.

MRS. VOORHEES shakes her head from side to side.

                    MRS. VOORHEES
          No, he won't.  I killed him as well....

The shock of recognition hits ALICE.  In CU her eyes
look up and see the knife which MRS. VOORHEES now
has poised and ready to strike.

ALICE bolts off the couch and stumbles backwards into
the fireplace, scattering ashes and sparks.

MRS. VOORHEES stands and steps forward.

                    MRS. VOORHEES
          I couldn't let them start this camp
          again, could I?

ALICE, in panic, looks for an escape.  She grabs the
fireplace poker.

                    ALICE
          I won't let you!

ALICE swings the poker back and forth.

                    ALICE (Contd)
          No!  No!  No!

MRS. VOORHEES raises her arm to slash downward with the
knife.  ALICE swings the poker hard to MRS. VOORHEES'
other arm and rib cage.

MRS. VOORHEES  is in pain, her face a mask of rage.

ALICE drops the poker to run for the door.

MRS. VOORHEES hesitates for a moment, then follows
ALICE deliberately.

Lightning goes off followed quickly by thunder.

                                        CUT TO:

**MILLER EX. B**

VM00202

A-499

Page 85

129    EXT.    MAIN CABIN/TREE    NIGHT                                  129

ALICE gets to the door and stops.  She fiddles with
the side of the screen...somebody has latched it.

CLOSER on ALICE, taking one look over her shoulder,
kicks at the door, snapping the latch.

ANOTHER ANGLE:  as ALICE runs out into the rain,
the mud, the thunder and the lightning.  The
THEME is going full-tilt as ALICE makes a quick turn
to run towards the road.

TWO-SHOT:  as ALICE bumps into an object which swings
from above.  A slice of lightning reveals it to be
the dead body of STEVE CHRISTY hanging from the tree.
A rope is looped under his arms, his head is down
on his chest, and a long blade protrudes from
his heart.

REACTION SHOT:  ALICE in terror.

ANOTHER ANGLE:  ALICE runs and suddenly bumps into
another pair of legs which swing from the same big
tree.

STROBE SHOT:  of JACK, dangling, dead.

ANOTHER ANGLE:  ALICE runs for the Arts & Crafts cabin.
In the BG we can see the yellow-slickered MRS. VOORHEES
closing the distance between herself and ALICE.

                                        CUT TO:

130    EXT.    ARTS & CRAFTS CABIN    NIGHT                              130

ALICE runs for the door, slams through it.

The CAMERA waits for MRS. VOORHEES, but she does not
appear.

                                        CUT TO:

**MILLER EX. B**

VM00203

A-500

Page -86-

131     EXT.     GENERATOR SHACK     NIGHT                     131

        MRS. VOORHEES runs to the door and opens it quickly.

                                              CUT TO:


132     INT.     ARTS & CRAFTS CABIN     NIGHT                 132

        ALICE is hiding in the shadows behind a table.  We
        hear the SOUND of the generator starting outside
        and suddenly three bright overhead lights come on.

        ALICE looks across the room to the light switch,
        afraid to reveal her hiding place.

        She looks for an escape.  There's a window.  She
        starts for it, then stops and turns and dives under
        an arts & crafts table.

        ANOTHER ANGLE:  MRS. VOORHEES opens the door and walks
        in a few feet.

        She carries a machete in her hand.  We see this
        instrument in CU as we hear OVER the sound of her
        son, JASON, calling to her.

                        JASON (VO)
                Help, mommy, I'm drowning!  Oh, mommy,
                please....

        The CAMERA PANS UP to her face and we see that the
        voice of JASON is coming from within her in LIP
        SYNC.  She is both characters--though the child's
        voice is authentically dubbed.

        ALICE can just make out what is happening and can
        hear the VOICE OF JASON.

        ALICE is very still.  Her eyes widen as she listens
        to MRS. VOORHEES rave.

                        JASON (Lipsync)
                Don't let me die, mommy...I can't breathe...
                Help me, breathe...

        MRS. VOORHEES is having trouble catching her own breath.
        She strokes her throat with her free hand and the voice
        of the child stops.

                                         (continued)


**MILLER EX. B**

VM00204

132     (Continued)                                                    132

                            MRS. VOORHEES
                          (in her own voice)

              I can't let them kill any more children.
              Come out now.

     She wades through table after table, pushing them
     out of her way with the strength she has demonstrated
     throughout as the PROWLER.

     When MRS. VOORHEES gets close to ALICE, ALICE bolts
     up and out to try to run.

     MRS. VOORHEES is too quick for her, shoving a table
     across her path like a barred door.  Before ALICE can
     think twice, MRS. VOORHEES has shoved a second table
     in behind her so that now ALICE is sandwiched between
     them.  She can duck down or climb over or come out
     the only open end--the end where MRS. VOORHEES is
     standing.

     ALICE looks behind her and sees a shelf.  On the
     shelf is a box.

     MRS. VOORHEES is coming down the aisle between the
     two tables.  Her machete is coming up in an attack.

     ALICE reaches into the box in CU and pulls out a
     handful of leather-working tools. She hurls them at
     MRS. VOORHEES as hard as she can.

     MRS. VOORHEES has to put her arms up to ward off the
     spinning knives.  One cuts her under the eye and she
     lets out a low animal bellow.

     ALICE leaps up, climbs over the table and runs for
     the door.

     MRS. VOORHEES shoves the tables over and hurries after
     her.

     ALICE gets to the door, shuts off the light switch
     and runs out.

     We can hear JASON'S VOICE.

                            JASON (VO)
                 Kill her, mommy!  Kill her!

                                        CUT TO:

**MILLER EX. B**

VM00205

133   EXT.    CAMP GROUNDS/EQUIP.SHED      NIGHT                133

The central area is bathed in light.  The rain has
stopped.  MRS. VOORHEES has turned on all the flood-
lights.

ALICE runs to the corner of one of the cabins.  She
stops to look back.  MRS. VOORHEES is gaining on her.

ALICE runs to the equipment shed.

ANOTHER ANGLE:  The door is thrown back.  ALICE goes
in.  Looks for a weapon.  Nothing is available.
ALICE sobs with fear.  She runs.

MRS. VOORHEES passes the equipment shed.

                                  CUT TO:


134   EXT.    RIFLE RANGE SHACK     NIGHT                      134

A single bulb outside the building shows ALICE as
she bursts through the door.

                                  CUT TO:


135   INT.    RIFLE RANGE SHACK     NIGHT                      135

It is a small cabin.  On the walls are five .22 calibre
rifles.

ALICE runs into the dimly lit cabin and takes one of
the rifles from the wall.

She rummages in a drawer.  It's empty.  She tries
another.  Empty.

                       ALICE
          Where are the goddamned bullets?

The next drawer has a lock and hasp on it.

ALICE looks around.

                                  CUT TO:


**MILLER EX. B**

VM00206

136     EXT.     RIFLE RANGE SHACK     NIGHT                    136

        MRS. VOORHEES is on her way, charging through the
        night.

                                        CUT TO:


137     INT.     RIFLE RANGE SHACK     NIGHT                    137

        ANGLE ON ALICE:  She whacks the hasp with the butt
        of the rifle.  The hasp doesn't give.  She gives
        it another butt stroke.  It won't give.  A shadow
        covers ALICE's back.  She turns.

        ANOTHER ANGLE:  MRS. VOORHEES is standing in the
        doorway, blocking the light.  Still carrying the
        machete, MRS. VOORHEES steps slowly toward ALICE.

        ALICE, with an almost useless .22 in her hands, does
        the only thing she can.  She takes the weapon by
        the barrel and, swinging it like a baseball bat,
        whacks MRS. VOORHEES on the arm/shoulder, knocking
        the killer off balance and into the wall.

        MRS. VOORHEES slams through a flimsy table, crushing
        it, and drops to the floor.

        ALICE runs out the door.

                                        CUT TO:


138     EXT.     MAIN CABIN FRONT     NIGHT                    138

        ALICE huffs past the dead camper van, through the
        mud to the front door of the main cabin.  She runs
        in quickly.  There is no sign of MRS. VOORHEES.  She
        turns off the lights and runs into the kitchen.

                                        CUT TO:


139     INT.     KITCHEN AREA     NIGHT                        139

        ALICE looks from side to side, hoping to find a place
        to hide.  She spots the half-open door to the larder,
        looks inside and then hides there, closing the door
        behind her.

                                        CUT TO:

**MILLER EX. B**

VM00207

A-504

140        INT.      LARDER            NIGHT                              140

There is some light that comes through the cracks
and crevices.  ALICE's hands fasten onto the inside
lock--the dead-bolt type which requires a key to
unlock it from the other side.

ALICE relaxes a little bit now that she is locked
inside.

As soon as she relaxes, we hear the front screen door
slam.  Then we hear some shuffling around outside.
The lights are turned on.

                    JASON (VO)
          Please kill her, mommy...Help me, please.
          Kill her, mommy.

There is the sound of pots being rustled through.
Then the sound of another door being slammed.

ALICE relaxes again.

Then there is a silence.  ALICE thinks about unlocking
the door now.  She reaches out for the lock.  Then
thinks better of the idea.

She eases down the door frame to the floor.  On all
sides are the cans of food and cooking implements.
There is a large skillet, some bags of flour, etc.

ALICE covers her head with her arms.

The doorknob above her head (a few inches away) turns
very slowly.  We see it, but she does not.  MRS.
VOORHEES' hand finishes turning and now starts to
push gently.  There is almost no give, but we see
that the door is being tested.

The voice on the other side is very young, very sing-
song.

                    JASON (O.S.)
          Come out, come out, wherever you are...

ALICE jerks back and stands up on the far side of the
small room.

Fists bang in a rage on the door.

                                        (continued)

MILLER EX. B

VM00208

140        (Continued)                                                    140

                                    ALICE
                    Please...

ALICE folds her hands at the side of her face.

The fist-banging gives way to a short silence.

The silence is interrupted by a new sound:  MRS.
VOORHEES has begun to use her machete to chop away
at the outside of the door to the larder.

REACTION SHOT:  ALICE...oh, my God...

At first we see nothing on our side.  Then, gradually,
we see little slivers of lights admitted by the blade's
chops.  ALICE's eyes race around the larder to try to
find a weapon, a defense, anything...

Larger holes are now made.  MRS. VOORHEES stops just
long enough to take a peek inside.  We can see her
eye at the largest hole.  She goes back to whacking
away at the door.  The hole is near the lock.  It is
soon big enough for MRS. VOORHEES to reach inside
with her hand and turn the rachet.

ALICE realizes she must defend herself.  She reaches
down and picks up a heavy skillet and, as the door
opens, ALICE raises her weapon and, screaming, charges
the woman who is trying to come through the entrance.

MRS. VOORHEES chops down with the machete.  ALICE
fends off the blow with the skillet that she holds
with both hands above her head.  As the machete
blade bounces off the skillet, ALICE is able to
swing the skillet downward and hit MRS. VOORHEES
with a solid blow on top of her head.  MRS. VOORHEES
sprawls sideways across the table and then collapses
in a heap on the floor.

ALICE raises the skillet again to strike.  She crosses
carefully to MRS. VOORHEES and pushes her gently
with her foot, the way she might poke a dead animal
in the roadway.

ANOTHER ANGLE:  MRS. VOORHEES lies totally inert.
There is a small puddle of blood under her head.

ANGLE ON ALICE:  She relaxes, puts down her weapon
and crosses slowly out of the room.

                                    CUT TO:

**MILLER EX. B**

VM00209

141   EXT.   LAKE   NIGHT                    141

The moon comes out from behind a cloud.  ALICE
pushes a canoe into the water and paddles, as rapidly
as her tired body will permit, out in the lake to safety.

                                        CUT TO:


142   EXT.   LAKE   NIGHT                    142

Exhausted, ALICE puts her paddle across her lap
and falls forward, slumped across a thwart.

                                        CUT TO:


143   EXT.   CAMP   DAWN                     143

The first rays of sunlight streak the sky from
beyond the horizon, promising a hot and sunny
summer's day.  The birds are up, foraging for food.

As the CAMERA scans the peaceful scene, we see the
sky reflected in the calm waters of Crystal Lake.
The canoe holding ALICE is drifting in big slow
circles across the surface of the lake.

                                        CUT TO:


144   EXT.   LAKE   DAWN                     144

ALICE lies, in MCU, in the canoe, sleeping.  She
has not changed her position since collapsing a few
hours before.  The water laps gently against the
side of the canoe.  Very slowly, she wakes.  She
opens her eyes.

The canoe has drifted into the shade of some enormous
tree boughs that overhang the edge of the lake.  They
shade ALICE from the bright rays of the sun.  The
canoe rocks gently. ALICE is still, listening to the
sound of the lapping water.

                                        (continued)

**MILLER EX. B**

VM00210

144     (Continued)                                        144

    Suddenly there is a blood-curdling scream, a MUSICAL
STINGER, and the screen is filled with the flying,
whirling form of MRS. VOORHEES, who leaps from the
overhanging boughs into the canoe, barely missing
ALICE's slumped form!

    The canoe immediately overturns and both MRS. VOORHEES
and ALICE try to find their footing in the shallow
water.  MRS. VOORHEES is covered in mud and blood.
She sees ALICE struggling to get up and moves toward
her, brandishing her blood-spattered machete.  ALICE
turns, sees MRS. VOORHEES coming.  ALICE grabs a
paddle floating near her.

    MRS. VOORHEES pushes the canoe to one side, wading
through the waist-high water as fast as she can.  She
screams with rage.  Her face goes through a horrifying
transformation.  From her mouth comes the VOICE OF JASON.

                 JASON (LipSync)
         Mommy!  Mommy!  Mommy!

    ALICE can't move fast enough to get away from MRS.
VOORHEES, who is slashing the air with her big knife
trying to hit ALICE.  ALICE slips, falls in the water,
gets her footing back and has to turn and take the
blow of the machete with the paddle, using it like
a staff to ward off the blow.  The machete cuts the
paddle neatly in half.  MRS. VOORHEES raises the
knife for another blow and ALICE lunges for her
knees and succeeds in throwing MRS. VOORHEES into
the water.  The machete flies out of her hand and
lands in the water.  The two women roll in the water.
MRS. VOORHEES is trying to strangle ALICE, her hands
stretching to reach around her throat.  They roll
over and under the water.  We cannot see who is winning.

    Suddenly MRS. VOORHEES finds her footing and stands up,
looking for ALICE. She is screeching madly.

                 JASON (LipSync)
       Kill her, mommy!  Kill her, mommy!

    ALICE shoots up out of the water  holding the machete,
and in one, wild swing, decapitates MRS. VOORHEES, whose
head flies off into the water.

    The body stands for a minute, then falls heavily into
the lake.

    ALICE drops the machete into the water and starts to
wade to shore.

                      CUT TO:

MILLER EX. B                                       VM00211

A-508

145        EXT.        CAMP ROAD/SIGN        MORNING                              145

ALICE walks slowly down the road away from the camp.
We hear the sound of a car approaching.  Now it comes
into view.  It is a state vehicle, black and white,
with an emblem on the door that says "State Department
of Health and Safety".  There are two middle-aged
bureaucrats inside.

ALICE waves down the car, which pulls up beside her.

                    1st INSPECTOR
            Good morning, miss.

                    2nd INSPECTOR
                (Leaning across the front seat)
            Are you all right, ma'am?

                    ALICE
            Help me.

The CAMERA PANS BACK while the two men get out of
their vehicle and come around to help ALICE.

                                        CUT TO:


146        EXT.        CAMP            MORNING                                146

LONG SHOT of the camp with the sun sparkling on the
waters of Crystal Lake.  The canoe lies half sunken
in the shallows.  One paddle drifts in the current.
The lake has swallowed its secret.

ROLL CREDITS.

Page 74/75

111    (Continued)                                            111

**MILLER EX. B**

VM00212





sean s. cunningham films, ltd.



F R I D A Y  1 3

A Screenplay
by
Victor Miller

Second Draft

Ⓒ Copyright 1979
Sean S. Cunningham Films, Ltd.
All Rights Reserved

Property of:
Sean S. Cunningham Filⅿ
Ltd.
155 Long Lots Road
Westport, Ct. 06880
Telephone:203-255-0666
Telex:NewYorkCity 148-〜
Answerback VASBL

155 long lots road, westport, conn. 06880 ● 203-255-0666 ● telex 148-411 answer back vasbl

MILLER EX. C

VM00017



1    FADE IN:

    EXT.     ROAD        DAY

    The TRACK is SILENT.

    The CAMERA looks at a sign. It reads:

            CAMP CRYSTAL LAKE
            Established 1935

    Gradually we can begin to hear, in the BG, the SOUNDS of
    CHILDREN playing.

                                  CUT TO:



2    EXT.   SOFTBALL FIELD   DAY

    In the BG a few dozen CHILDREN, in camp uniforms, are
    enjoying a game of softball.

    In the FG CLAUDETTE is looking for someone. CLAUDETTE is
    17 years old. She is pretty. She wears a t-shirt with
    "Assistant Counsellor" written on it.  She fills out the
    shirt very well.

    Failing to find whomever she is looking for, CLAUDETTE
    walks quickly in the opposite direction.

    The CAMERA holds on the game for a few seconds and we
    SUPERIMPOSE:

                JULY 4, 1958

    The CHILDREN'S VOICES FADE slowly.

                                  CUT TO:



3    EXT.        RIFLE RANGE    DAY

ECU as a COUNSELLOR squeezes off a shot.

The paper target is ripped in the black.

The COUNSELLOR hands the weapon to a CAMPER who snaps
in at the line.

CLAUDETTE shouts up to the COUNSELLOR from the BG.

                    CLAUDETTE
          Have you seen Barry?

The COUNSELLOR smiles. Shrugs.

                    COUNSELLOR
          He and Chloe were at the Lodge last time
          I saw him.

CLAUDETTE leaves.  The COUNSELLOR smiles.

                              CUT TO:




4    EXT.    MAIN LODGE    DAY

Two CHILDREN run by carrying Indian headdresses.
CLAUDETTE passes them impatiently as she sees BARRY
and CHLOE.

BARRY is leaning against the front rail of the porch,
his arms behind his head--the better to show off his
physique to CHLOE, an Assistant Counsellor, who is
currently looking at him with cow eyes.  In the BG
we can hear a portable radio blaring out an Everly
Brothers hit.

BARRY is 17, handsome and out for all he can get.
He is not ashamed for being caught with this other
good-looking girl.

                    CLAUDETTE
          We've got to talk.

BARRY looks at CHLOE, then eases off the rail. Nods.

                    BARRY
          Okay.

                              (continued)

MILLER EX. C                    VM00019

Page



(Continued)

4    BARRY puts an arm around CLAUDETTE, looks over his shoulde
at CHLOE, and saunters off with the former.

The Everly Brothers continue as we:

                                 CUT TO:

5    EXT.   LAKE     DAY

From over the tops of a rack of canoes we see BARRY and
CLAUDETTE walking along the shore.

                    CLAUDETTE
      You said we were special.

                    BARRY
      I meant everything.

In the BG, CHILDREN leap into the water.

                    BARRY
      You know what I said, though.

                    CLAUDETTE
      I can't, Barry...

                                   CUT TO:

6    EXT.   FOREST    DAY

The TRACK goes SILENT.

BARRY & CLAUDETTE walk along a path. This is not an aimles
walk, for BARRY knows exactly where he wants to go. He
leaves the path and goes to sit on a log in a small cleari
CLAUDETTE hesitates, then goes to sit next to him.

                    BARRY
      I care very much.

He puts an arm around her and draws her close. They kiss.
They separate.
                    CLAUDETTE
     Does  Chloe kiss as good as I do?

BARRY decides to be politic.

                    BARRY
      I wouldn't know.

                          (continued)

MILLER EX. C

VM00020

A-513

Page 4



(Continued)

6                                          CLAUDETTE
                    Oh, you...

She kisses him and they are locked.

A bird calls, wheels across the patch of sky above.

The CAMERA shifts to ANOTHER ANGLE:  Just beyond the
thicket of lacy vines.  It is a slow tracking shot which
gives the impression that we are watching the action
from the POV of another person, an unseen visitor...
watching the two teen-aged Assistant Counsellors making
their first sexual encounters.

This unseen observer will be called the PROWLER.

BARRY reaches up outside CLAUDETTE's t-shirt to hold
her breast.  She reaches up to take his hand away.

                         BARRY
               Claudette...

                         CLAUDETTE
               Somebody'll see.

                         BARRY
               No, they won't....

He ends the argument by snaking his hand inside her
t-shirt so that part of her bra is exposed.  He seals
her protesting lips by kissing her.

From the PROWLER's POV, the CAMERA MOVES to get a better
angle.  A hand moves into FRAME and pulls back some
branches to clear the field of vision.  A branch pops.

                         CLAUDETTE
                    (in a thick whisper)
               Somebody's there, Barry.

                         BARRY
               Come on, Claudette.  A man's not made of
               stone.

                         CLAUDETTE
               Let's go back, Barry...

                         BARRY
               I need you so much, Claudette.

BARRY leans in and unhooks her bra. They kiss again,
passionately.

                                          (continued)

MILLER EX. C
VM00021



6     (Continued)

The PROWLER pauses, then moves, never seen--except for
a bit of foot or hand--from the POV of the CAMERA, closer
and closer as the two TEENAGERS become more and more
oblivious.

Closer.  The THEME has snuck in.  It becomes discordant.
It swells.  Closer.

QUICK CUT to BARRY & CLAUDETTE's faces, their eyes
closed, the perspiration streaking their flushed skin.

Suddenly CLAUDETTE looks up into the CAMERA with terror.

A hatchet flashes into FRAME and CLAUDETTE goes down
under the blow.

The CAMERA TURNS TO BARRY.  The PROWLER's powerful
hand has him by the throat.  He backpeddles, trying
to get away.

ANOTHER ANGLE: as BARRY is stopped against a tree.

A hunting knife soars against the leafy sky.

BARRY grabs the knife-hand at the wrist.  The knife
falls to the mossy floor of the clearing.

Two hands go for the free blade.  BARRY's hand has it.

There is a confused jumble of struggle.

Onto the bed of moss falls the little finger of the
PROWLER.

REACTION SHOT:  BARRY, horrified by the sight.

The PROWLER's hand has the knife.  It moves quickly
forward.  We can hear the blade strike.

BARRY stares up at the sky in a soundless shriek.

MCU the moss where the finger fell.  The PROWLER reaches
into FRAME, picks up the finger, and exits FRAME.

QUICK CUT TO:  CHLOE, out searching for the missing
Counsellors.  She stands at the edge of the clearing,
her hands pressing on her temples, her throat filled
with a scream of terror.  The MUSIC has stopped abruptly.

THE SCREEN BLEEDS TO WHITE.

It is completely SILENT.

                                        CUT TO:

MILLER EX. C

VM00022

7    TITLE SEQUENCE

The screen is completely black.  A small white shape
starts to ZOOM towards the FG.  The shape becomes a
three-dimensional rendering of FRIDAY 13.  Just as it
gets to its final position, the FRIDAY 13 logo shatters
a previously unseen pane of glass.  There is a loud
crash.  The logo shifts to the upper left corner of
the FRAME as we ROLL TITLES, white on black.

The THEME MUSIC is a reprise of the THEME we heard
during the Forest sequence, now done in a childlike
arrangement.

TITLES END and the MUSIC fades out.

                                    DISSOLVE TO:


8    EXT.    RURAL TOWN    EARLY MORNING

The TRACK is SILENT.

In a LONG SHOT we see the one main street.  A newspaper
delivery truck drives away from the CAMERA.  A GIRL
walks down the street.

Superimposed title:

                    THE PRESENT

A MEDIUM SHOT in front of the bank reveals a day/date/
time/temp sign which blinks:

                    FRIDAY, 13

                    7:01

                    61°

                    FRIDAY, 13

                    7:01

                    61°

We can begin to hear a small-town DJ OVER as a pick-up
truck moves down the street past the GIRL in her late
teens.  She has a knapsack, a freshly scrubbed face,
jeans, and a plaid shirt.  She wears her hair in a long
braid.  She wears Nike jogging shoes.  This is ANNIE.

                                    (continued)

MILLER EX. C

VM00023

Page 7

8    (Continued)

                    DJ (VO)
          It's 7:01 on Friday the 13th of June.
          This is Big Dave and it's time for you
          lazy bones to GET OUT OF BED!  It's black
          cat day in Crystal Lake.  Don't forget the
          big drawing today to see who gets our
          FRIDAY 13th Monster Surprise: either a
          man's digital continuous readout watch or a
          Panasonic color television set!

                                    CUT TO:


9    INT.    DINER        MORNING

In CU a hand moves to turn down an old brown plastic
radio from which Big Dave is doing his morning-man
routine.

                    DJ (VO) (Contd)
          Don't walk under a ladder!  Don't spill
          any salt, don't...

The radio is turned way down.  We see that the hand
belongs to TRUDY, a hefty waitress who wears her
golden hair in a bun with a pencil stuck in it.
BUDDY, the boss, is seen in the BG working the
grille.

The regulars are there:  five MEN and two WOMEN who
always come in for breakfast.  They are the retailers,
the oil delivery man, the switchboard operators, and
the cop.

ANNIE walks in the front door, crosses past the cash
register and walks down the counter.

                    SALESMAN
          I'm sick of them repeats.

                    TRUDY
          I musta seen that Kojak 82 times.

                    ANNIE
          Excuse me.  How far is Camp Crystal Lake?

                                    (continued)


MILLER EX. C                                        VM00024

9       (Continued)

          SALESMAN
They gonna open that place
again?

          COP
I heard they were gonna
try it.

          OIL MAN
Lotsa luck.

          SALESMAN
 (with a wink)
Be an interesting summer.

          OPERATOR
Camp Blood?

          TRUDY
What is it, Eddie?
Forty miles?

          EDDIE
'Bout that.

                    ANNIE
          Can I get a bus or something?

                    TRUDY
          Not likely.  Sam?  You goin' out to the
          crossroads?

The OIL MAN nods.

                    TRUDY (Contd)
          Give her a lift?  That's halfway.

                    OIL MAN
                    (paying up)
          No sweat, Trudy.  Let's do it to it, kid.

                    ANNIE
          Name's Annie.

                    OIL MAN
          Okay, Annie. Let's go.

ANNIE steps aside as the OIL MAN heads for the front
door.  He is smirking.  He's fifty, strong, and balding.
He makes no attempt to hide his appreciation for
ANNIE's figure.

They exit.

                    TRUDY
          I wouldn't send my kids to that camp for
          all the tea in China.

                    SALESMAN
                    (kidding)
          I thought you hated your kids.

TRUDY looks around, does a take, then laughs.

                                        CUT TO:

**MILLER EX. C**

VM00025

10    EXT.    TOWN STREET    MORNING

ANNIE walks a half step behind the OIL MAN, heading
for his truck which is parked there on the street.

                    OIL MAN
          All the girls up there gonna look as
          good as you?

                    ANNIE
          I don't know.

ANNIE wonders if she should accept the ride with this
guy.  Suddenly, from between two parked cars pops
RALPH, a crazy hobo who has two dead rats in his
mouth, their tails in his teeth;  they swing from
him like a strange beard.

ANNIE reacts with a start and steps back.

                    OIL MAN
          Goddamnit, Ralph!  Get outta here. (To ANNIE)
          Don't worry about him.  He's harmless.
          (Back to Ralph) G'won.  Git!

                    RALPH
          It's Friday the 13th!

He giggles and skulks away.

                    OIL MAN
          Climb on up, miss.

The OIL MAN gives her a boost up and then climbs aboard
the rig.

                                        CUT TO:


11    INT.    OIL TRUCK    DAY

As the truck pulls away, we see RALPH through the
windshield, standing at the edge of the road.  He is
angry and upset now.  He pats his rats.

The OIL MAN shifts, looks over and smiles.  His two
front teeth are missing on top.

                    OIL MAN
          Must be the fourth time somebody's
          tried to reopen that place.


                                        (Continued)

**MILLER EX. C**

VM00026

Page 10

11   (Continued)

                              ANNIE
              Camp Crystal Lake?

He nods.

                              OIL MAN
              Something always happens up there.

He turns on the radio in the cab and we hear the DJ
again.

                              DJ (VO)
              ...of bed.  I'm gonna count to three and
              then you better get up.  It's 7:24.  A
              beautiful day.  Weatherman Dr. Jim says
              it's gonna be a nine point five day.  Here's
              Meatloaf from the Bat Out of Hell album.

                                        CUT TO:


12   EXT.    RURAL ROADS    DAY

     The oil truck thunders along the road.

                                        CUT TO:


13   EXT    RURAL CROSSROADS        DAY

     The oil truck has stopped.  ANNIE stands alongside the
     driver's side.

                              OIL MAN
              Don't let the spooks getcha.

     ANNIE smiles.

                              ANNIE
              No sweat.  Thanks a lot for the lift.

     He nods and shakes his head with the sense of what
     might have been if he were thirty years younger.  He
     puts it in gear and roars off.

     ANNIE looks around and sees an old gas station.  It is
     closed.  There's a sign which reads:  "No Gas 'Til
     Sat."  A mangey dog sits on the stoop watching ANNIE.

                                        (continued)

**MILLER EX. C**

A-520

Page 11

13    (Continued)

ANNIE kneels down and calls the dog.  The dog comes.
ANNIE pets him and then heads off up the road.

The dog watches her go.

CUT TO:

14    EXT.      RURAL HIGHWAY  DAY

ANNIE has gone further.  She stops and looks around.
A car is coming down the road.  She puts out her
thumb.  The car passes her by.  She shrugs and
continues walking.

CUT TO:

15    EXT      RURAL ROAD      DAY

ANNIE is beginning to get worried about the time.  It's
hot and she's late.

She looks up.

From her POV a Jeep barrels along the road towards us.

ANNIE puts out her thumb.

CUT TO:

16    INT.      JEEP          DAY

From the DRIVER's POV, we see ANNIE waiting for a
lift.  The DRIVER, unseen, shifts down until ANNIE
is alongside.  The Jeep, an uncovered model, stops.
ANNIE smiles a big delicious smile at us as we sit
in the DRIVER's seat.

ANNIE
Hiya!  I'm headed for Camp Crystal Lake.
Can you help me out?

Apparently the DRIVER nods, because ANNIE beams at
us.  She tosses her pack in the back and hops aboard.
The DRIVER accelerates.

CUT TO:

MILLER EX. C

VM00028

Page 12

17   EXT.      RURAL ROADS      DAY

The Jeep roars along the road.   The sun and shadows
keep us from seeing the DRIVER.

                                        CUT TO:


18   INT.   JEEP            DAY

Still in the DRIVER's POV, the CAMERA watches as
ANNIE looks around, admires the woods, the Jeep,
the day.   Things are going her way.

                    ANNIE
          I can't remember being this excited
          about anything.   I want to be a teacher
          when I finish at Southern State.   I guess
          I've always wanted to work with children.
          I hate it when people call 'em kids.
          Sounds like little goats.

The forest outside the speeding Jeep is deeper and signs
of civilization have all but disappeared.   ANNIE still
turns and looks at the CAMERA when she speaks to
the DRIVER.

                    ANNIE (Contd)
          The job market for teachers is supposed
          to be the pits these days, but I don't
          care.   When you have a dream as long as
          I have, you'll do anything...

A look of surprise passes ANNIE's young face.

          Wasn't that Camp Crystal Lake?   Just
          back there?

                                        CUT TO:


19   EXT.   RURAL ROADS      DAY

In the FG the sign for Camp Crystal Lake.   In the BG,
the Jeep roars off into the distance.

                                        CUT TO:


**MILLER EX. C**

VM00029

Page 13

20    INT.      JEEP/DRIVER'S POV      DAY

                              ANNIE
                         (frightened, confused)
              I think we better stop...Please stop...
              Please!  Stop!

       The Jeep's speed increases.

                              ANNIE (contd)
                    Please!

       ANNIE grabs for the ignition key, but the DRIVER's
       hand darts out and slaps ANNIE away.  We see that
       this hand is missing its little finger!

       Panicked, without any other recourse, ANNIE looks
       about her and then leaps from the moving Jeep, aiming
       for the relatively soft underbrush alongside the
       narrow road.

                                        CUT TO:

21    EXT.      ROADSIDE      DAY

       ANNIE lands, rolls, is upended, scratched by brambles,
       and flips.  She scrambles to her feet and starts running
       towards the camp.

                                        CUT TO:

22    EXT.      RURAL ROAD      DAY

       The Jeep stops, turns quickly, heads back for her.

                                        CUT TO:

23    INT.      JEEP      DAY

       From the DRIVER's POV we see ANNIE run, looking back
       in fear.

                                        CUT TO:

24    EXT.      ROADSIDE      DAY

       ANNIE's feet pound the hard-packed dirt.  She looks
       over her shoulder to see the Jeep.  The sun flares

                                        (continued)

MILLER EX. C

24   (Continued)

on the Jeep's windshield, keeping us from being
able to see any details of the DRIVER.

In a final desperate move, ANNIE dives into the
underbrush to escape.

The Jeep skids to a stop.

CUT TO:


25   EXT.      ROADSIDE/WOODS        DAY

The CAMERA becomes the DRIVER and chases into the
thicket.  Branches and briars snap back at us.  Just
ahead, the terror-struck ANNIE stumbles and falls.
She screams as a knife flashes past her in a blur.

When the knife has passed, all we can see is a look of
surprise on ANNIE's face.

The CAMERA PULLS BACK.  Her throat has been cut.
She collapses out of FRAME.

A bird soars across the sky above.

The TRACK is SILENT.

CUT TO:


26   EXT.      HIGHWAY        DAY

A gaily decorated camper-van travels along the highway.
We hear rock 'n roll OVER coming from a car radio as
this much-in-need-of-repair vehicle passes a slower car.

CUT TO:


27   INT.      CAMPER VAN        DAY

In the camper van are three young people.  They are
full of fun, fresh and expectant as they head towards
Crystal Lake.  They are instantly likeable.

At the wheel is NED, a short 22-year-old whose well-
developed upper body is a tribute to his weight-
lifting.  He is nice-looking, a joker who is always
trying to get some attention.  He is funny and alert.

Next to him is JACK, an athlete whose clean-cut look
is as American as popcorn.  He is quieter, two years
younger and not as smart as NED.  He has to think
things through.

(continued)

**MILLER EX. C**

VM00031

27    (Continued)

MARCIE is JACK's girlfriend.  She is leaning over the
front passenger seat so she can massage JACK's shoulders.
She is a funny girl, pretty, and always looking for
fun.  She enjoys every minute of every day.  She hasn't
been touched by tragedy.

                    MARCIE
          Sex is all you ever think of, Neddy.

                    NED
          There you are dead wrong.

                    JACK
          Ha!

                    NED
          Sometimes I only think about kissing women.

MARCIE finds a sore spot on JACK's back.

                    JACK
          Ow!

                    NED
          I was just wondering if you thought there'd
          be any other gorgeous women at Camp Crystal
          Lake.  Besides yourself.

                    MARCIE
          You are a true piece of work, Ned.

MARCIE hits NED on the arm, playfully.

                    MARCIE (Contd)
          How about our last jay?

                    JACK
          Good call.

JACK reaches into the glove compartment and comes out
with a joint.

                    NED
          What about the dope paragraph in Mr.
          Christy's letter?

                    JACK
          Quote:  Controlled substances are expressly
          forbidden.  Possession or use of marijuana
          or alcohol on campgrounds will mean instant
          dismissal.  Unquote.

                              (continued)

**MILLER EX. C**

VM00032

27   (Continued)

                              MARCIE
                    We got two weeks before the kids even
                    arrive.  Then I'll act responsibly.  Until
                    then, hit me.

She takes the lighted joint and tokes.

                                        CUT TO:


28   EXT.    CAMP CRYSTAL LAKE ENTRANCE    DAY

The van turns past the sign that reads:

                    CAMP CRYSTAL LAKE--Established 1935

                                        CUT TO:


29   INT.    VAN          DAY

MARCIE is wide-eyed, looking at the lush surroundings.

                              MARCIE
                    It's beautiful...

                              NED
                    Yeah, and it also look like it hasn't
                    seen a coat of paint in six years.

                                        CUT TO:


30   EXT.    CAMP DRIVE     DAY

The CAMERA SEES what NED saw.  The buildings are run
down at the heels.  It is the same camp we saw in the
early scenes, but time has torn the place badly.

The van passes the CAMERA and we see the three new
ARRIVALS looking out the windows.

                                        CUT TO:


31   EXT.    MAIN CAMP AREA      DAY

This is the main building. It is the building where
Barry and Claudette met.  Outside is a flagpole, a
small parking area, a large overhanging tree.

In the BG we can see part of the lake.

In the FG there is a Jeep.

                                        CUT TO:

**MILLER EX. C**

32    EXT.      CAMP MAIN AREA          DAY

An axe flashes through the FRAME and hacks apart
the halves of a huge tree stump.

The CAMERA PULLS BACK to reveal a middle-aged man
in cut-offs, a bare chest, hiking boots and beat-up
cowboy hat.  This is STEVE CHRISTY.  He is strong,
charming, and engaging.  He is animated, always in
motion, impatient with how long it takes to do things.

In the BG the van comes to a stop.  No sooner has
JACK hopped down, than STEVE is beckoning him over.

                    STEVE
          Wanta give me a hand here?

JACK smiles and comes quickly.

                    STEVE (Contd)
          Alice?

NED steps down from the van and now we can see that
he has had polio when he was a kid.  His upper body
is strong, but his legs are slightly deformed.  He
and MARCIE hustle over to the big stump.

                    STEVE (Contd)
          Wanta roll this sucker out of the way.
          Alice?

ALICE comes into the MS.  She is carrying a shovel and
a bucket and has obviously been working for a couple
of hours.

                    ALICE
          Cabin B is ready.

                    STEVE
          Push on this side.  Alice, this is Jack,
          Marcie and Ned.  Push.

They exchange "hellos" as they bend to the work.

                    STEVE (Contd)
          That's got her.  Thanks. I'm Steve Christy.
          Welcome to Camp Crystal Lake. You got
          some grubby clothes?  Climb into 'em.
          Alice, see if Bill has cleaned out the
          boathouse.  I want him to start with the
          canoes.  What happened to Brenda?

                    ALICE
          You told her to sweep the courts.

                              (continued)

MILLER EX. C

VM00034

32   (Continued)

STEVE sets off.

> STEVE
> I'd rather she painted.  Let's go, folks.

As soon as he's gone, NED turns to ALICE.

> NED
> I thought we had two weeks...

ALICE shrugs.

> ALICE
> You can change in there.

CUT TO:

33   EXT.     EDGE OF LAKE      DAY

The CAMERA looks down a long line of canoes, each with its hull up.  A brush slaps into view.  BILL is sweating while finishing a coat of paint on the last canoe.

BILL is a thin, ascetic-looking college sophomore. He rubs his long thin nose with the back of his wrist as he hears someone call his name OS.  He turns to see ALICE at the bottom of the trail.

> ALICE
> Steve said for you to start on the boats.

> BILL
> I finished the boats.

ALICE nods slowly.

> ALICE
> I'll tell him.

She turns away.

> BILL
> Alice?  The others show up?

> ALICE
> Everybody except the girl who's supposed to handle the kitchen.  Annie.

BILL puts his brush in a coffee can of turps.

ALICE looks at him, then turns again.

(Continued)

**MILLER EX. C**

VM00035

Page 19

33    (Continued)

                              BILL
                    You think you're gonna last all summer?

                              ALICE
                    I'm not sure I'll last all week.
                              (pause)
                    I'll tell Steve.

                                        CUT TO:


34    EXT.    GIRL'S CABIN         DAY

      STEVE and NED are rehanging a door.  Next to them is
      BRENDA, a dark Eurasian girl who is trying to do a
      good job of painting the wall.  On the other side
      MARCIE is scraping some flaking paint.

                              STEVE
                    Shim it up just a scooch.

      NED levers the door higher at the top.

                              STEVE
                    Perfection.  Hold it.

      STEVE uses a long ratchet screwdriver.

                              STEVE (Contd)
                    To answer your question, my parents once
                    owned this camp.  There were some tragic
                    accidents and they went bankrupt.  I
                    promised them I'd reopen it if I could.
                    See if it closes right now.

      NED swings the door on its hinges.

                              NED
                    Looks good.

                              STEVE
                    Perfection.  Did you meet Brenda?

      BRENDA turns and nods.

                              STEVE (Contd)
                    She's archery.  He's rifle range.  And
                    I'm behind schedule.  Let's go, Ned.

      They exit with the tool box.  MARCIE stops and turns
      to BRENDA, who looks upward and blows the hair from
      her forehead.

                                        CUT TO:

MILLER EX. C

VM00036

Page 20

35    EXT.    EDGE OF THE LAKE    DAY

STEVE, ALICE, BRENDA, MARCIE, NED, JACK and BILL are
lugging a swimming float down to the water's edge.
STEVE supervises as he carries the thing, which is
quite heavy. They ad-lib as appropriate. ("There
goes my hernia." "Are you sure you're lifting?"
"Not so fast." "I'm walking backwards.")

They drop the thing carefully.

                    STEVE
            Come on back here and let's shove the
            float in.

They get behind it and shove it into the water.  NED
hops aboard for the ride, flipping into a handstand.

                                CUT TO:


36    INT.    EQUIPMENT SHED    DAY

The screen has gone completely black.  The door to the
shed is whipped open quickly, letting in the full
brightness of the sun.  There is a shape.

The CAMERA IRISES DOWN so that we can see that JACK
has come in on an errand.

As JACK looks around, we can take the time to see that
there are a half-dozen lanterns, a few cans of lantern
fuel, a couple of hibachis, some entrenching tools,
packs, portable ice chests, etc.  Up on the long side
wall are a half-dozen hatchets, hanging neatly in a row.
Beneath them are a half-dozen hunting knives in
sheathes, also hanging neatly.

Suddenly a hand comes into FRAME and touches JACK on
the shoulder as he is preoccupied with his task. JACK
turns with a start.  He looks into the CAMERA.

REVERSE POV to see MARCIE standing in the doorway.

                    MARCIE
            What are those for?  An Indian raid?

She points to the row of hatchets and knives.

                    JACK
            Steve's got a woodlore program.  You
            see any life rings?

                                (continued)

MILLER EX. C

A-530

37   (Continued)

                    ALICE
          Just a feeling.
                         (pause)
          Nothing personal.

                    STEVE
                         (nodding)
          You want to leave?

                    ALICE
          I don't know.  Probably be best for
          everybody.

                    STEVE
          You may not care a lot about this place,
          Alice, but I mean to make it my whole
          life.  It's been my whole life.  Gimme
          a chance.  Stay a week.  Help get it
          ready.  Next Friday, if you're not
          happy, I'll put you on the bus myself.
          I'll be grateful.

He puts out a hand and runs the back of it across her
cheek.

She looks up.  She nods.

                    ALICE
          Next Friday.

                    STEVE
          Thanks, Alice.

He stands up.

                    STEVE (Contd)
          I've got to go to town and pick up the
          trailer and all that other stuff, but
          I'll be back around ten.  If you're still
          up, we can talk, okay?

                    ALICE
          Sure.

She watches him cross out of FRAME.

                              CUT TO:

MILLER EX. C

VM00038

Page 23

38   EXT.    MAIN CABIN AREA     DAY (LATER)

STEVE is at the wheel of his Jeep.  The COUNSELLORS
are standing within earshot, huddled around the
Jeep.

                    JACK
          You want it listed separately?

                    STEVE
          Yeah.  Brenda, after lunch hit the
          archery range.  If Annie gets here,
          have her start in on the kitchen.
          Do your best. Tomorrow we have a
          preliminary inspection by the state
          safety people.  I'd like to look good.

He wheels the car around and out the driveway.  The
others stand looking before NED breaks the silence.

                    NED
          He neglected to mention this place is
          called "Camp Blood" downtown.

They are all getting back to work.

                    ALICE
          How come?

                    NED
          Some campers drowned. Then some counsellors
          got killed.

                    BILL
          No shit.  When?

                    NED
          Late fifties sometime.  They never caught
          the guy who did it either.

                    MARCIE
          Neddy collects wierd facts.  Next he is going
          to tell us that there are poisonous snakes
          in the outhouse and green lizards in the
          lake.

                    NED
          Nope.  The green lizards are in the cabins.

As they laugh, the CAMERA HOLDS on ALICE.

                              CUT TO:

MILLER EX. C

39   EXT.   ARCHERY RANGE      DAY

BRENDA has her sleeves rolled up and is doing her
job.  She enjoys having the responsibility for the
whole safe operation of this area.  She likes to
think of herself as more sophisticated than she is--
or have others think her more sophisticated.

BRENDA rolls a straw target out from under the lean-to
shelter and heads for a tripod in the middle distance.
There are already two such targets out, a product of
her efforts so far.  The targets are heavy.  This
isn't an easy one-person job.

The CAMERA CLOSES IN tighter and tighter on her as
she gets closer to setting up the target.

In MCU, she lifts a target up.  Her head is very
close to the face of the target.  She gets it up,
lets the tripod take the weight, and then, just as
she shifts her weight back, an arrow streaks into
the center of the gold, missing her head by eighteen
inches.

BRENDA whips around.

WE SEE WHAT SHE SEES:  a very cocky NED, standing by
the lean-to with a bow in his hands and three more
arrows knocked simultaneously.  He has a feather stuck
in his hair.

She grabs the arrow and storms at him.

                    BRENDA
          You're crazy!

She snaps the arrow in half.

                    NED
          Did anybody ever  tell you you're beautiful
          when you're angry?

                    BRENDA
                (plussed)
          I don't _believe_ you...

                    NED
          Want to see my trick shot?  It's even better.

BRENDA still thinks he's a jerk, but he's so outrageous
there's little she can do.  She laughs.

                              (continued)

MILLER EX. C

39    (Continued)

                        BRENDA
                    (still laughing)
            You ever fire one of those bows again,
            and I'll tack you up on the wall to
            dry.

                        NED
            God, but I love that sexy talk.

        BRENDA snatches the bow from him, shakes her head
        and puts the bow down next to a collection of
        wicked-looking arrows.

                                        CUT TO:


40    INT.     ARTS & CRAFTS CABIN          DAY

        This is a fairly large single room.  The walls are
        bare and uninsulated.  There are a few easels, but
        for the most part, the room is dominated by long
        tables and rough-hewn benches.

        The light seeps through the streaked windows, making
        the grey wood interior appear silver-colored.
        ALICE, her hair in a bandana, has just finished
        sweeping up.

        The CAMERA picks up ALICE's sketch of the central
        camp area on one easel.  On a second easel she has
        done the preliminary sketch of the lake itself.  It
        is also a moody picture.

        ALICE cocks her head to look at the sketches, shivers
        just a little, then goes on to her next task.  There
        is a row of newly-arrived cardboard boxes.  She opens
        the first in CU with a matte knife.  She takes out
        the invoice and checks it against the first items:
        gimp, the plastic string from which all the
        campers will make lanyards.

                                        CUT TO:


41    EXT.     ARTS & CRAFTS CABIN          DAY

        We watch through one of the dusty panes, seeing the
        charcoal sketch in the FG, ALICE in the BG checking
        her materials against her invoices.

                                        CUT TO:

**MILLER EX. C**

VM00041

42     (Intercut)

       INT.     ARTS & CRAFTS CABIN        DAY

       ALICE snaps around, sensing that she is being watched.
       In CU her frightened face looks at the sun-drenched
       dusty pane.  Her face relaxes until BANG!  The sound
       of a door slamming echoes through the room.

       The CAMERA ZOOMS BACK from her face to see someone
       standing in the doorway.

       It is BILL.

                         BILL
               Sorry.  How you doing?

       ALICE smiles, then turns back to her job of taking
       inventory.  BILL watches her.

                         ALICE
               Did you want something?

       She starts to take a box down from a high shelf.  She
       doesn't realize that there is something on top of
       the box.

                         BILL
               Steve said you were thinking of leaving.
               True?

                         ALICE
               Un-hunh.

       ALICE lugs down the box and suddenly a bunch of
       leather-working tools clatters down, shattering
       the silence.  ALICE fends off the flying implements
       and BILL rushes to her side.

                         ALICE (Contd)
               Oh, my god...

                         BILL
               You okay?

       She nods.

                         BILL (Contd)
               You're lucky.

       They stoop down to pick up the fallen tools from the
       floor.  BILL looks at her while they work.

                                   (continued)

MILLER EX. C

42    (Continued)

                                    BILL
                    How come you're leaving?

                                    ALICE
                    It's long and personal.  It has nothing
                    to do with you or the other kids.

                                    BILL
                    Maybe if I helped?

          ALICE looks at BILL and smiles.  This really is a
          very nice, if naive, young man.

                                    ALICE
                    And it's this place.  It makes no sense,
                    but it spooks me.

                                    BILL
                                  (smiling)
                    You're right.  It makes no sense.

          As ALICE nods, she is interrupted by a shrill scream
          outside.

                                                  CUT TO:


43    EXT.     ARTS & CRAFTS CABIN        DAY

          MARCIE is the source of the scream.  She runs towards
          the CAMERA, dressed in cut-offs and a floral halter.
          Her feet are bare.  When she gets closer, we see that
          she is being chased by JACK and NED who have found
          two giant green bullfrogs.  The screams were not
          serious and MARCIE is doing some of it for effect.
          BRENDA brings up the rear.  They are all dressed more
          or less for a frolic in the lake.

          BILL and ALICE stand in front of the Arts & Crafts cabin.
          BILL is smiling, ALICE is a little bit amused.

                                    MARCIE
                    Help me!  Save me!  The frog people are
                    after me!  It's swim time at Camp Crystal
                    Lake.  Come on, Alice, I need protection!

                                                  CUT TO:

MILLER EX. C

VM00043

Page 28

44   EXT.      CRYSTAL LAKE       DAY

A LONG WIDE SHOT reveals the cool, clear lake during
the lull of a hot afternoon.

At the edge of the lake, in the shallows, are the
members of the group:  MARCIE, JACK, NED, BRENDA,
BILL and ALICE.  They are sitting or paddling or
diving off the float.  There is no real attempt
to exert too much energy.

Gradually we become aware that this LONG WIDE SHOT is
someone's POV.  The CAMERA moves from its stable position,
now hand-held, on a trajectory around the side of the
lake, out of sight.

Branches, brush, and twigs are butted through.
Occasionally, we can see part of the PROWLER's arm
fending off the underbrush.

                                    CUT TO:


45   EXT.      WATER        DAY

The group sits or lies in the cool water, more or
less focused on NED, who is acting as moderator.

                    NED
          What do you want to be when you
          grow up?

                    BRENDA
          Dancer.

                    MARCIE
          Cowboy.

                    NED
          Girls can't be cowboys.

                    MARCIE
          Okay.  Fireman.

NED goes to JACK.

                    NED
          Jack?

                    JACK
          Coach, athletic director somewhere.

                                    (continued)

MILLER EX. C

45   (Continued)

                              BILL
               Filmmaker.

                              ALICE
               Artist.

                              NED
               Doctor.  Now, if you were a flavor of
               ice cream, what would you be?

                              MARCIE
               Rocky road.

        They laugh.

                                        CUT TO:


46   EXT.     MAIN CAMP AREA          DAY

        The PROWLER looks in LONG SHOT down at the lake and
        we can just make out the COUNSELLORS.

        The CAMERA PANS and we move towards the main cabin.

                                        CUT TO:


47   EXT.     LAKE           DAY

        ALICE is treading water, talking with BRENDA, as NED
        comes up out of nowhere.

                              BRENDA
               Vitamin C's supposed to neutralize
               the nitrites or something.

        NED surfaces between them.  He looks with googly eyes
        at ALICE.

                              NED
               There are sand sharks in this lake and
               they can eat the bathing suit right off
               you.

        ALICE laughs.

                              NED (Contd)
               See?  I'm getting to you.  Very slowly.

                                        (continued)

MILLER EX. C

Page 30

47   (Continued)

NED does a porpoise dive and disappears.

BRENDA is not laughing.  She is looking off towards the
cabin area.

ALICE sees her and look where she looks.

                    ALICE
          What'd you see?

                    BRENDA
          I don't know.  Marcie's got me paranoid.

She smiles.

                                   CUT TO:


48   EXT.      BEHIND ALICE'S CABIN        DAY

The CAMERA, shooting from the PROWLER's POV, moves to
a place alongside Alice's cabin.  There is underbrush
about two feet tall all around that area.  The
PROWLER stops, leans down and reaches into FRAME with
a gloved hand.

The gloved hand reaches into the underbrush for the
tip of a burlap bag which has been secreted there.
The hand lifts the bag, which has something in it
that moves.

The CAMERA MOVES around to the side of the cabin right
below the window.  The window is open, making entry
quite simple.

The PROWLER's gloved hands untie the neck of the bag,
reach in and haul out quickly a medium-sized snake.
One hand has the animal firmly behind the jaws.  The
hand takes the snake and puts it through the open window,
leaving it on the clean white coverlet.  It slithers
across the bed.

The PROWLER's hand closes the window.

The CAMERA MOVES towards one of the sheds.

                                   CUT TO:


MILLER EX. C                                      VM00046

Page 31

49    EXT.    EDGE OF THE LAKE    DAY

BILL and ALICE are lying on the shore on their towels,
watching the OTHERS in the water and grabbing some
afternoon sun.    ALICE is on her stomach, tracing
angular designs in the sand.  BILL is on his back,
listening.

                         BILL
          It still hurts?

                         ALICE
          I walked into it knowing I'd get hurt,
          but I thought I could stand anything.
                    (pause)
          I just wasn't ready for that kind of
          pain.  We were supposed to meet in
          L.A.  When I got back there, he sent
          a telegram saying he was going back
          to his wife.

BILL turns over so he can look at her better.

                         BILL
          What'll you do when you leave here?

                         ALICE
          I don't know.

Various feet enter the FRAME.  BILL and ALICE look up
to see JACK with his arm around MARCIE, NED toweling
his head, and BRENDA putting on her blue workshirt.

                         MARCIE
          Pistachio, fudge ripple, creme de menthe
          and I are going back to work.

BILL gets up.

                         BILL
          Speaking as black raspberry, I guess I'm
          ready.  Frozen yogurt?

ALICE smiles at the reference.

                         ALICE
          I'll be along.

                         NED
                    (in a nelly voice)
          Don't burn that gorgeous body, or I'll
          scratch your eyes out...

They head off.  ALICE turns over to tan her front.

                                   CUT TO:

MILLER EX. C

VM00047

49   EXT.    FOREST              DAY

A machete rips through some vines.  Again it hacks
at the brush.

PULL BACK to reveal BILL clearing away the years of
vine growth which have choked off a path.  He wipes
the perspiration from his eyes and continues along.

                                        CUT TO:


50   EXT.    BEHIND THE MAIN CABIN    DAY

Set up behind the cabin is a make-shift exercise area.
There are chinning bars--pipeslashed between two trees--
and there's an aging set of parallel bars.  There is
even a set of weights made from tin cans, pipes and
assorted amounts of cement.

ECU of NED's face in a distorted, twisted expression.
He explodes his breath.

We PULL BACK to see BRENDA watching NED work out on
the uneven parallel bars.  He is really very good
and there is no doubt about his strength.

                    BRENDA
          Not bad.

As NED moves off the apparatus, BRENDA comes in and
does a neat little turn which is dazzling.  NED
does a take.

                    NED
          Holy shit...

                    BRENDA
          We wouldn't want you thinking you're the
          only show-off in camp, would we?

                                        CUT TO:


51   EXT.    LAKE       DAY

The sun has dropped lower on the horizon.

The CAMERA looks down on ALICE as she sleeps peacefully
in the late sun. A shadow  passes across her face, and
she awakes with a start.

                                    (continued)

MILLER EX. C

51   (Continued)

CUT BACK to see BILL standing over her with a machete.

                    ALICE
          I didn't know I was asleep...What time
          is it?

                    BILL
          Almost five.

ALICE gets up.

                    ALICE
          Now I'm only eleven hours behind schedule.
          Steve is going to have a small cow.

They walk away from the shore.

                              CUT TO:


52   EXT.   ALICE'S CABIN        DAY

ALICE is walking quicker than BILL.  We realize we
have seen this cabin before-- when the snake was
placed in it.

                    BILL
          You can only do what you can do.

                    ALICE
          And then Steve looks at you with those
          hurt eyes--like you don't care about
          children...

BILL laughs at her imitation.

                    ALICE (Contd)
          I'll see you later.

She turns to go up the steps to her front door.

                    BILL
          Alice?

She stops and look down at him.  He is serious and
he cares.

                    BILL (Contd)
          I just wanted to say that I hope you'll
          reconsider about not staying on.

                              (continued)

MILLER EX. C

52     (Continued)

ALICE appreciates what's she's just heard. She knows that it wasn't easy for BILL to say.

                    ALICE
          You're very nice.

They share a short silent moment.

                    BILL
          Hope you will.

BILL smiles and turns and jogs off, still carrying his long blade.

ALICE watches him go. She shrugs. This might be a good place to stay. She turns and goes into her cabin.

                                        CUT TO:

53     INT.     ALICE'S CABIN      DAY

In the FG is the camp bed with its white coverlet. The snake is nowhere in sight--which means it could be anywhere.

ALICE is humming to herself and is happier now than she has been since we met her.

The room is small. There is the metal-frame cot, an old wooden dresser with a cloudy mirror on top. The walls are a light blue, freshly painted. The wall on the inside does not go all the way to the ceiling so that she can monitor what's going on in the campers' section of the cabin on the other side.

ALICE looks at herself in the old cloudy mirror and likes what she sees. She pushes her hair so that she looks a little sexier. She smiles at herself.

She reaches out in CU. Opens a drawer. Takes out a towel.

ALICE turns and goes to her footlocker. Bends down and opens it up. Takes out a terrycloth robe.

She closes the footlocker, stands up and heads out the door.

                                        CUT TO:

Page 35

54   EXT.    ALICE'S CABIN         DAY

     ALICE heads from her cabin to the showers.

                                        CUT TO:


55   INT.    SHOWER ROOM           DAY

     The building is long, low and cement-floored.  There
     are stall showers with canvas duck curtains.

     ALICE enters, selects a shower stall, puts her things
     on a hook, and turns on the water.  CU her hand under
     the spray.  She adjusts the temperature.

     Satisfied, ALICE backs off from the stall and begins
     to remove her clothes.

                                        CUT TO:


56   INT.    ALICE'S CABIN         DAY

     ALICE walks into her room wearing her bathrobe,
     her hair in a towel-turban.  She flicks off her shower
     clogs, and looks for her hairbrush.  She takes her
     towel off and lets her tangled hair fall down.

     She hums.  Opens her top drawer.  Nothing there.

     Opens the next drawer.  Nothing there.

     Opens the next drawer.  Nothing there.

     ALICE opens the fourth drawer and the snake strikes!
     It flails at her right wrist, a wrist which we have
     established earlier as having a Navajo bracelet
     on it.  The snake strikes the bracelet, hangs on
     as ALICE tries to shake it free.  The snake falls
     to the floor and recoils for another attack.

     There is no way that ALICE can get past the snake to
     run away.  Her scream is loud.

                                        CUT TO:


**MILLER EX. C**

Page 36

57    EXT.    MAIN CABIN      DAY

BILL, returning from his last half hour of trail-blazing, hears ALICE.

                    ALICE (O.S.)
          Help!

BILL doesn't hesitate.  Carrying his machete, he runs to ALICE's cabin.

MARCIE and JACK follow in the BG.

                              CUT TO:


58    INT.    ALICE'S CABIN    DAY

ALICE is backed against the wall.  The snake could strike and get her.

BILL runs into the room, still carrying his machete. He looks at ALICE.

                    ALICE
               (a tight whisper)
          There's a fucking snake in here.

BILL sees it.  He freezes, then takes a step forward. Carefully, he winds up and smashes down with the edge of the machete, cutting the snake into two pieces. Blood spurts onto the floor.

ALICE rushes to BILL.  He holds her in a comforting embrace.

MARCIE and JACK enter.  JACK carries a shovel as a weapon.  MARCIE stops when she sees the embrace, but then looks further to see the blood and guts.

                    MARCIE
          Steve never mentioned serpents.  Jack,
          would you get some paper towels?

JACK nods and exits.

                    ALICE
          How the...did he get in there?

                    BILL
          Slipped in.  Probably liked the scent of
          your perfume.

JACK returns and tosses a roll to MARCIE.

                              (continued)

**MILLER EX. C**

VM00052

58   (Continued)

                              MARCIE
          Thanks.

                              BILL
          You okay now?

ALICE nods.

BILL gives her an extra hug.  Then steps back awkwardly,
stepping on MARCIE's big toe.

                              MARCIE
          Go ahead.  I walk on 'em all the time.
               (to JACK)
          Would you shovel Mr. Snake outta here?

JACK nods.  He picks up his shovel and we see in CU
as he gets underneath the wide-fanged snake.

MARCIE begins to clean the blood off the floor with
the paper toweling.

                              CUT TO:


59   EXT.    CAMP          LATE AFTERNOON

Looking across the lake, we can see the camp, nestled
in among the late afternoon rays of the sun.  We can
hear the sounds of the nocturnal animals beginning to
rise and hunt.

                              CUT TO:


60   INT.    CAMP KITCHEN     LATE AFTERNOON

The kitchen and the main meeting room are really one
in the same room, cut off by a partition.  The kitchen
has a couple of sinks, a heavy old stove, long shelves,
a pantry/larder, and some windows which look out on
the rear.

BRENDA is making a salad for herself.  She is a vegetarian
MARCIE is making a guacamole dip.

In the big room there is a fireplace and a ping pong
table.  JACK and BILL are playing.

                              (continued)

60    (Continued)

    BRENDA
She all right?

                JACK
         Get ready for the schneide:

    MARCIE
Yeah. Scared the hell
out of her.

                BILL
         No chance.

    BRENDA
How'd it get in the
drawer?

                JACK
         Four zip.

ALICE walks into the kitchen.  She has washed her face
after getting her act together.  She stands in the
doorway to the kitchen.

           MARCIE
    How you doin'?

           ALICE
    Okay.  Can I help?

           BRENDA
    It's catch as catch can.  I'm making a
salad.  The guys are planning to cook
greaseburgers for themselves.

           MARCIE
    There's a lot of dishes if you just want
something to do.

ALICE smiles.  Nods.

           ALICE
    The way I feel, that's perfect.

ALICE goes to the sink and begins to work her way through
the dirty dish pan.

NED comes flying through the door dressed in various
bits and pieces of old Indian costumery.  He does
a bad dance.

JACK and BILL quit their game and come to the doorway.

    JACK
What the hell?

                BILL
         Where'd you get that stuff?

    MARCIE
Oh, Lord!

                BRENDA
        Neddy!

    JACK
It's gonna be a long summer.

                (continued)

**MILLER EX. C**

VM00054

60   (Continued)

                    NED
          Wait, wait!  When I was finding these
          goodies in the shed, I also found this
          letter which a camper never sent home.
          Listen.

He takes a letter out of his breechclout.  He
pretends to read, when really we can see that the
paper is blank.

                    NED
                 (improvising)
          Dear Mom and Dad, Camp Blood is real
          fine except for the strange man who flies
          at night and sucks our counsellor's body...

ALICE leans against the sink and laughs.  She is a
very pretty girl, younger than she first appeared.


                    NED (Contd)
          And, Mommy, we really love our counsellor.
          He says that whenever I'm scared, I can
          sleep in his bunk with him.

JACK and BILL laugh.

NED takes off his headdress.

                    NED (Contd)
          No wonder they lost America.  How could
          you sneak around in the bushes wearing
          that?  What's to eat?

                    BRENDA
          Whatever you make yourself.

ALICE looks up from her dishes and cocks her head to
the side.  Does she see something?

The CAMERA PANS SLOWLY to look over her shoulder.

The window pane is dirty and it's a bit difficult
to see, but there is something standing there out
by a cabin.  But it stands, doesn't move...Is it a
building?

CUT AWAY to see ALICE using her dishcloth to clear the
glass.  When we CUT BACK, the shape is gone.

REACTION SHOT:  ALICE .  Curious.  A cold chill...

                                        (continued)

**MILLER EX. C**

VM00055

60    (Continued)

ALICE looks around at the others who are still ad-
libbing about food.

            BRENDA                          JACK
How can you eat that stuff?     You like them rare?
Looks like dead animals.

            NED                             BILL
Cannibals.  It's old            Too bad that Annie never
counsellor.                     showed.  She was supposed
                                to be a good cook.

            BRENDA                          MARCIE
You can get all the protein     No way am I gonna play che
you need if you mix them        to all of you guys.  It's
right.                          women's lib from here on
                                out.

                    NED
        The squaws are revolting!


ALICE looks up.  Pulls the light cord in the middle of
the room.

The bulb does not light.

ALICE pulls it again.

                    BILL
        Trouble?

                    ALICE
        Bad bulb or no power.  It's getting a
        little gloomy in here.

                    JACK
        STEVE taught me how to use the emergency
        generator.  The town power lines are
        supposed to be real shitty.

                    NED
        God, but I love that macho talk!  Emergency
        generators!  The Indians used campfires.

JACK turns to BILL.

                    JACK
        Give me a hand?

                    BILL
        For sure.

                                CUT TO:

MILLER EX. C

A-549

Page 41

61    INT.      GENERATOR SHED      LATE AFTERNOON

JACK steps in and, in CU, we see there is a puddle
where he is standing.  The puddle is somehow significant.

BILL leans over JACK's shoulder to see what he's doing.

                    BILL
          This is almost like the one at my
          uncle's cabin in Maine.

                    JACK
          Here we go.

The CAMERA watches JACK's actions tightly.  In a
REVERSE POV we see JACK's tongue come out the side
of his mouth as he concentrates.  He bites down on
it.

ANOTHER ANGLE: as JACK pulls the starter cord.  The
engine roars into action.

                    JACK   (Contd)
                  (yelling)
          Now ya' close the switch.

CU as JACK's hand reaches in and touches a heavy-duty
metal switch.  A spark arcs and we PULL BACK to see
JACK with a perfect connection running through his
body.  There is a sparking sound, the little light
in the shed blinks, JACK screams, the generator chugs
roughly.  Hundreds of volts are streaking through
JACK's body and grounded through his wet shoes.

BILL reacts quickly:  knowing better than to touch him
and continue the connection, he takes a half-step
backwards, aims at an oblique angle and executes
a perfect Bruce Lee-type drop-kick on his friend, severing
the contact.

JACK stumbles out of the shack and the light goes
dead.  The machine stops.

                                   CUT TO:

MILLER EX. C

Page 42

62   EXT.      GENERATOR SHED          LATE AFTERNOON

JACK lands, almost unconscious.  BILL kneels into
FRAME and checks JACK's vital signs: his eyes, his
carotid pulse, his breathing.

JACK shakes his head.

                    JACK
          I'll be okay.  Holy shit....

                    BILL
          Don't get up.  Take a second...

JACK lies back down.  Covers his eyes with his arm.

                    JACK
          You saved my life.

                    BILL
          I had to.

                    JACK
          Thanks.

                    BILL
          I figured if I didn't save you, I'd have
          to give you mouth-to-mouth and that would
          have ruined my appetite.

JACK looks up and smiles.  BILL gives him a hand and
the groggy athlete gets to his feet.

                    JACK
          Whew.

Satisfied that JACK won't fall down, BILL goes to
the shed and looks in.

We can look in over BILL's shoulder and see a smoke-
scarred switch and a now-silent generator.

                    BILL
          This puddle was enough to ground you
          all the way to China.

JACK looks in, too.

                    JACK
          Floor probably leaks.  This area is
          full of springs.

                                        (continued)

MILLER EX. C

Page 43

62   (Continued)

                              BILL
                    A short somewhere.

BILL leans down and sees a smokey-colored wire
that touches another wire.

                              BILL (Contd)
                    There's the problem, Jack.  Wire worked
                    itself loose.

He starts to wind it round a set-screw in CU.

                              JACK
                    Just in case this bugger goes bad, I'm
                    gonna pick up some lanterns from the
                    equipment shack.

JACK walks away.

                                        CUT TO:


63   INT.     EQUIPMENT SHED        DUSK

The door opens at us, letting in the limited light.
JACK comes in and goes to pick up a fluorescent lamp.
He flicks it on.  As he bends down to pick up two
Coleman lanterns, the CAMERA slowly moves toward
the wall where once we saw all the hatchets and
knives.  They are all missing.

JACK takes his booty and exits.

The light is gone and we are alone in the dark.

                                        CUT TO:


64   INT.     KITCHEN             DUSK

ECU of the lightbulb over the kitchen area.  It
flickers on as we hear in the BG the sound of the
generator start up.  The bulb glows, goes down, glows
cheerily.

                                        (continued)

MILLER EX. C

A-552

Page 47

64   (Continued)

NED turns and heads for the door.  ALICE comes up next
to him.  The OTHERS are out of earshot now.  BILL and
JACK play a little ping-pong.  NED is a little
embarrassed by his play-acting stunt.

                    NED
        I'm sorry.

                    ALICE
        Ned?  We're gonna be working together for
        a while.  You're a nice guy without all
        the entertainment, okay?

NED relaxes.  Nods.  He knows what she means.  He turns
to look at the others.

                    NED
        Tell 'em I'm sorry?

ALICE nods.

                    ALICE
        Sure.

                    NED
        I'm gonna go lie down and catch some z's.
        Today wiped me out.
                    (pause)
        Thanks, Alice.

                    ALICE
        You're welcome.

The CAMERA stays on ALICE's face as NED exits.  In
the BG, MARCIE speaks.

                    MARCIE
        I hope that's the last time we see the
        Camp Crystal Lake Drama Program.

                                        CUT TO:

65   EXT.    MAIN CAMP AREA          EVENING

We watch NED come away from the main cabin and walk
moodily toward his cabin.

                                        (Continued)

**MILLER EX. C**

64    (Continued)                                                       (

NED points to the dip and slumps down on the floor
where he writhes about.

                    MARCIE
Help him!                                   ALICE
                                    Oh, my God!

             BILL
Roll him over!                                JACK
                                    Get behind him more.

As BILL and JACK flip him over to try to give him
the Heimlich, NED stops his act and grins from ear
to ear.  It's a big finish:

                         NED
             Ta-da!

REACTION SHOTS: as it sinks in that NED has been
putting them on.

                         JACK
             Not funny, Ned...

BILL stands up, angry, but willing to keep his mouth
shut.

                         MARCIE
             Wait'll you're really in trouble and see
             what happens...

                         NED
             But it's in the brochure!  "Camp Crystal
             Lake has a full drama program."   You
             just saw it.

NED tries to laugh it off.  They shake their heads.
MARCIE walks away.  JACK looks at BILL.

                              BILL
             Chance to get even?

                         JACK
             I'll spot you five points.

                         NED
             Hey, look, I'm sorry.  I'll never do
             it again.

                                        (continued)

**MILLER EX. C**

Page 45

64    (Continued)

BILL comes up to ALICE.

                              BILL
          Lemme see.  Doesn't look too bad.

That said, the OTHERS go back to what they were doing.

BILL and ALICE are featured even though we can hear the
others.  BILL takes great care and puts the BandAid on
ALICE's finger.  They share this moment with soft smiles
as the trivia contest continues.

                              NED
          Who played the role of Gorgon in Star
          Trek?

          BILL                           BRENDA
I don't want you getting          Melvin Belli.
hurt.

                                           NED
          ALICE                   Aaaargh!  That my
I was careless.                   guaranteed winner!

          BILL                           MARCIE
How'd it get in there?            Melvin Belli?

          ALICE
Somebody probably dropped
something too hard.

                              NED
          Alice, you're just lucky there are no
          snakes in the dishwater here.

NEDDY is hovering over a bowl of California dip which
MARCIE has just made.  He dips a chip as soon as she
steps back.

                    MARCIE
          Soooooeeeeey, piggy, piggy.

Suddenly NED's face goes red.  His eyes bulge out.  He
grabs his throat and gags.  Coughs, can't clear it.

JACK and BILL move quickly to him.

                              JACK
          What is it?

                              BILL
          Is it stuck?

                                   (continued)

MILLER EX. C

Page 44

64   (Continued)

                         NED
          What hath God wrought?

                         BRENDA
          That was the telephone.

                         NED
          Ha!  You wily oriental!  The phone was
          "Mr. Watson, come in here, I need you."
          "What hath God wrought" was the telegraph.

JACK comes in with his lanterns followed by BILL.

                         MARCIE
          Last line of Gone With the Wind?

                         NED
          Frankly, Scarlet, I don't give a damn!

ALICE listens as she washes the dishes.  It looks as
if things will be okay.

                         BRENDA
          Shows how much you know.  It's something
          about tomorrow.

                         ALICE
          Tomorrow is another day.

                         BRENDA
          Right!  Right!

MARCIE is finishing up making her green California dip.

Suddenly ALICE cries out.  Everybody whips around to
see.   ALICE holds up a piece of broken glass--the
bottom half of a bottle.  She has cut her finger.  It
is not a serious cut, but the blood is visible.

                         ALICE
          This just plain ain't my day.

BILL reaches into a cupboard and pulls out a BandAid.

          MARCIE
You okay?
                                              NED
          BRENDA                    Those things can be nasty.
Wash it out real good.

                              (continued)

**MILLER EX. C**

VM00063

65    (Continued)

The CAMERA stays with the troubled child as he stops,
leans down, picks up a pebble and skips it off into
the brush. It cuts through.  He flips a few stones
in his hand.

NED looks off.  Sees something.

WE SEE WHAT HE SEES:  a shape--a human shape--standing
by a cabin.

NED walks towards it.

                    NED
          Hello?  Can I help you?

                              CUT TO:


66    INT.      KITCHEN AREA          EVENING

ALICE is just drying her hands.  She stands next to
a giant stack of clean dishes and pots.

BRENDA is reading a magazine while picking at some
cauliflower and cucumber slices.

BILL and JACK saunter in.

                    JACK
          You just had some lucky shots.

                    BILL
          Where's Ned?

                    ALICE
          He went to bed early.

                    MARCIE
          I don't blame him.

                    BRENDA
          He's probably setting up another one of
          his practical jokes.

                    MARCIE
          Yeah, like draining the lake!

They laugh.

                              (continued)

66   (Continued)

                          JACK
                     (to MARCIE)
          Hey, how about a walk by the lake?

The OTHERS all go "Oooooooooh."

                          JACK (Contd)
          Just a walk, for Chrissakes.

                          MARCIE
                     (kidding)
          Boy, we sure do have a lot of filthy
          small-minded people around here.

                     (to JACK)
          Wait a minute, I'll get my diaphragm
          and be right with you.

MARCIE puts an arm through JACK's arm and they exit.

The OTHERS laugh.

                                        CUT TO:

67   EXT.    CAMP GROUNDS          NIGHT

JACK and MARCIE walk across the pine needles towards
the lake.  There is the low rumble of thunder preceeded
by a faint glow on the horizon.

JACK and MARCIE walk along the shore to the lake.  They
have turned on the flashlights which they carry with
them.

                          JACK
          Wind's up.  It's shifted a good hundred
          and eighty degrees.

                          MARCIE
          Makes me want to hold on and never let go.

                          JACK
          I love you.

                          MARCIE
          I love you.

They kiss.  MARCIE pulls back.

                                   (continued)

67   (Continued)

                    MARCIE (Contd)
          What about Neddy?

                    JACK
          I don't love Neddy.

                    MARCIE
          He keeps on acting like such an
          asshole!

                    JACK
                    (yelling)
          Ned!

                    MARCIE
          Don't call him.

                    JACK
          I thought you wanted to give him one
          of your motherly lectures. Ned is
          gonna do whatever he wants to do,
          you know.

                    MARCIE
          I guess...

          The moon is victim of a black cloud which cuts off
          the light.

                    JACK
          Looks like a storm.

                    MARCIE
          I'm a little scared of storms.  Always have
          been.  Since I was a kid.

                    JACK
          You?  The brick?

          JACK shines the flashlight so that we can see her face
          in eerie shadows.  She flashes hers at him.

                    MARCIE
          I've dreamed this dream.  Maybe half a dozen
          times.  There is a thunderstorm.  The rain
          comes down like pebbles.  I can hear the
          sound.  I try to close my ears off. It
          doesn't work.  The sound gets louder.  The
          rain turns to blood and the blood washes
          down in little rivers.  And the sound stops.

                                      (continued)

MILLER EX. C

67    (Continued)

A loud crack of heat lightning slices the sky apart.
MARCIE is startled and reaches out for her lover.

                    JACK
          It's just a dream.

                    MARCIE
          I call it my shower dream.

They look at one another in the two lights.  They
grin.  Rain drops begin to fall on their faces and
on the lake behind them.

                    JACK
          This is no dream.  Want to escape for
          a while?

                    MARCIE
          Lead the way!

JACK turns and jogs toward the nearest cabin.  MARCIE
is only a half step behind, laughing.

FROM A DISTANT ANGLE we watch them run.  There is
no theme, just the rumble of thunder...

                                        CUT TO:

68    INT.    BOYS'CABIN    NIGHT

The door bursts open, a flashlight pierces the shadows,
and JACK and MARCIE rush in and plop on the bottom
bunk of the nearest bed.

                    MARCIE
          Are you wet?

                    JACK
          Just a little.  Wait a minute, woman.

He reaches down and puts his flashlight on its end
so it points straight up and gives them some light
to see by.

They go into a long passionate kiss which is broken by
MARCIE's hand coming up from behind JACK and tugging
his t-shirt up towards his head.  He leans back and
takes it off, and tosses it at the CAMERA.

                                        CUT TO:

MILLER EX. C

Page 52

69   EXT.      FRONT OF MAIN CABIN        NIGHT

The rain has gathered in intensity.  ALICE comes
up to the front door and looks out.  BILL comes up
behind her.

                         ALICE
          Jack and Marcie are gonna be drenched.

                         BILL
          Not if they're where I think they are.

ALICE laughs.

                         ALICE
          I'm not always this stupid.

She turns back into the cabin.

                                        CUT TO:


70   INT.      BOYS' CABIN        NIGHT

TIGHT on JACK and MARCIE as they make love under
a camp blanket.  Their breathing and noises are
heard just above the sounds of the rain outside.

The CAMERA becomes interested in a droplet which
appears to have leaked from the ceiling, hit the
vertical member of the bed and dribbled down.  As
the bed shakes with its love-making, the CAMERA
PANS up the bunk's strut to trace the droplet's
course.

As the CAMERA PANS UPWARD, it pulls back slightly
and we see NED lying in the upper bunk.  In a
flash of lightning we realize he is dead: his
throat has been slashed.

ANOTHER ANGLE:  JACK and MARCIE lie completely still
beneath their blanket.  The CAMERA PANS along their
quiet bodies.  MARCIE's face is contented.  JACK is
ready to doze off.

                         MARCIE
          Mmmmmmmmph?

                         JACK
          Mmmmmmmmph.

                                        (continued)

MILLER EX. C

VM00068

Page 53

70      (Continued)

                                        MARCIE
                Best ever...

                                        JACK
                Umhummmmph.

                                        MARCIE
                Like waves.  It's never been like
                waves before.

                                        JACK
                Whassamatta?

                                        MARCIE
                Gotta pee.  You're lying on my bladder.

        She rolls over and grabs her underpants and t-shirt.
        While still on the bottom bunk, she puts herself
        into her limited clothing.  JACK gives her room.

                                        MARCIE
                                     (dressing)
                I know this ain't very romantic, but
                what can I say?  I don't want to explode.

        She grabs a flashlight, scoots to the door and is
        gone.

        JACK lies back and puts his hands under his head.

                                                CUT TO:


71      EXT.    CAMP GROUNDS          NIGHT

        MARCIE runs across the now-wet central area towards
        the bathroom facility.  She tries to skip between
        the raindrops, but she knows she'll get a drenching.

                                                CUT TO:


72      INT.    BOYS' CABIN          NIGHT

        JACK rolls to his side, picks up a small hand-rolled
        cigarette and lights it. He inhales deeply, rolls
        on his back.  Something overhead catches his eye.

                                                (Continued)

MILLER EX. C

72        (Continued)

From JACK's POV we see a large circle staining the
mattress above.

JACK looks at it curiously.  He reaches a finger up
towards it--the way you might fiddle with something
to check it out.  He's just filling time.  He
touches it.  Receives the information on the bottom
of his finger that the stain is cool and at the precise
moment when he would take his finger back and lean up
to look at it, a hand snaps up and around from under
the bottom bunk and holds his forehead down to the
mattress!  Before that shock can register completely,
the tip of a hunting arrow suddenly pops up through
his throat from underneath.

The action, over in less than three seconds, causes
the top bunk to rattle, sending NED's arm and hand
over the edge of the bunk directely into the face
of the CAMERA.  Scuffling sounds tell us that the
PROWLER has scuttled out from under the bed. The
screen door of the cabin flies shut with a loud BANG!

                                    CUT TO:


73        EXT.     CAMP BATHROOM          NIGHT

The rain comes down in sheets now, punctuated by
thunder and lightning.

From this POV we can see a lonely flashlight beam
in the bathroom.

The PROWLER passes in front of the CAMERA, blocking
out the lens.

                                    CUT TO:


74        INT.     CAMP BATHROOM          NIGHT

The CAMERA MOVES slowly through the darkness toward
MARCIE.  Her flashlight glimmers from within one of
the toilet booths.  It is standing on end, shining
upwards.

                                    (Continued)

74     (Continued)

Across the way from the row of toilet stalls is a
row of shower stalls, and further down is a row
of several sinks and mirrors.  We hear the toilet
flush.

We CUT INSIDE the toilet booth as MARCIE stands
reading the graffiti to herself.  We can only see
her from the chest up.

                    MARCIE
                  (reading)
          "Forty yards to the outhouse by Willie
          Makit."  "The Yellow Stream by I.P.
          Daley."  Not the most original stuff,
          kids.

There is a noise outside the stall.

                    MARCIE
          Jack?

She hears no response and assumes that her imagination
is playing tricks with her.  MARCIE picks up the
flashlight and exits the stall.

MARCIE crosses to the row of sinks, stops, puts the
flashlight down and turns on the water faucet.  There
is no water.

                         CUT TO:


PROWLER'S POV:  of MARCIE.

From the end of the row of showers, we watch MARCIE
bend under the sink and turn on one of the spigots.
Water rushes into the sink.

MCU MARCIE:  She rinses her hands, shakes them dry
and turns off the water.  Again she hears a noise.
She looks to the row of showers and smiles.

                    MARCIE (Contd)
          Jack?


                         (continued)

MILLER EX. C

74        (Continued)

The screen door to the shower room is swinging open
and shut.

MARCIE looks over, smiles.  She thinks someone is
trying to scare her.

                    MARCIE
          Jack?  Neddy?  Don't put me on.

There is a dripping sound.  MARCIE stops at the first
shower, hesitates.

Throws back the first curtain.  There is no one there.
She reaches in and makes sure the spigot is really
off.

She goes to the second shower, looks over her shoulder
to the empty toilet.  Then reaches in to the shower
curtain.

                    MARCIE (Contd)
          Allee allee infree!

She throws back the curtain.  Again no one is there.

She breathes a sigh of disappointment.

                    MARCIE (Contd)
          Must be my imagination.

In CU, she turns back toward the sink area when suddenly
the TRACK explodes with a MUSICAL STINGER.  It happens
in a flash.  A shape lunges from the toilet booth across
from the first shower.  A hatchet glints.  MARCIE
screams.  The hatchet strikes.  The flashlight clatters
to the floor.

                              CUT TO:


75        (Omitted)


MILLER EX. C

Page 57

76    EXT.    DINER          NIGHT

The sound of a cash register ringing up a sale hangs
over an establishing shot of the diner.  Through the
windows, which are being pelted with rain, we can see
a WAITRESS and some CUSTOMERS seated on stools at
the counter.

                                        CUT TO:


77    INT.    DINER          NIGHT

The WAITRESS is different from the morning woman,
slightly older, but still attractive.  She says
good night to her CUSTOMER, who finishes paying his
bill and crosses down the counter.  Seated there
is STEVE CHRISTY, finishing his cup of coffee.
The waitress, SANDY, picks up his empty pie plate
and tosses it in a pan of other dirty dishes.

                    SANDY
          Anything else you want?

                    STEVE
          No, thanks.  I'm fine, Sandy.

                    SANDY
          You can't go back there tonight.  Not
          in that stuff. 'Less you wanta get
          drownded.

                    STEVE
                 (drinking quickly)
          I got to.

                    SANDY
          Aw.

SANDY likes STEVE and enjoys flirting with him.

                    STEVE
          I have six new counsellors up there.
          They're all babes in the woods in every
          sense of the word.

                    SANDY
          They'll be okay if they know enough to
          stay in outta the rain.

                    STEVE
          How much do I owe you?

                    SANDY
          One night on the town.

                              (continued)

MILLER EX. C
                                        VM00073

A-566

Page 58

77 ·   (Continued)

                              STEVE
                I mean...

                         SANDY
                ..I know what you mean.  Two and a quarter.
                Plus fifteen percent tip to make up for me
                spending the night alone.

STEVE pays up and walks to the cash register.

                         SANDY
                You got a roof for that Jeep?

She rings up the money.  Gives him his change.  He
hands her a tip.

                         STEVE
                Yeah. I got it on before this--(indicates
                the storm outside)--all started.

                         SANDY
                That's thirty percent.

                              STEVE
                For two lonely nights.

She smiles and is really kind of pretty underneath
all that extra makeup.

                         SANDY
                Drive careful and don't drownd your
                dumb self.

STEVE smiles and leaves.  She watches, then counts
her change and sticks it in her pocket with the rest
of her tips for the day.

                                        CUT TO:


78   EXT.    DINER           NIGHT

The rain continues as STEVE exits the diner, gets
in his Jeep and starts it up.  He roars off through
a big puddle, splashing water towards the CAMERA.
The Jeep pulls a small equipment trailer.

                                        CUT TO:


MILLER EX. C

Page 59

79      EXT.    HIGHWAY         NIGHT

        The Jeep plows through the rain, leaving the town
        lights behind.  A sign off to the side reads:

                CRYSTAL LAKE   45 Mi.

                                        CUT TO:


80      EXT.    MAIN CABIN      NIGHT

        PROWLER'S POV:  From outside the cabin, we can see
        some activity in the big meeting room.  The CAMERA
        moves slightly from left to right as the shot is
        established.  Then an unseen hand releases a branch
        which partially blocks the shot.

                                        CUT TO:


81      INT.    BIG MEETING ROOM        NIGHT

        ALICE enters from the kitchen, carrying two cups of
        coffee.  She hands one to BRENDA, who is curled up
        on the couch in front of the fire.  BILL stands
        to the left of the hearth, picks up a couple of
        pieces of dry wood and puts them on to burn.

                        BRENDA
                You think they fell asleep?

                        BILL
                Anything's possible.  My parents taught
                me to leave sleeping lovers alone.

                        ALICE
                It wouldn't matter except Steve should
                be getting back pretty soon.  It wouldn't
                look so great if he fell over them.

                        BILL
                Good point.

                        ALICE
                It hasn't been all _that_ long.

        BRENDA smiles.

                        BRENDA
                Long enough for me.


                                        (Continued)

**MILLER EX. C**

VM00075

81     (Continued)

They laugh.

                    ALICE
          I think we should go wake them up.  Just
          in case.

                    BRENDA
          Give them a little while longer.  It's still
          early, anyway.

                    ALICE
          I guess...

                              CUT TO:


82     EXT.    RURAL ROAD    NIGHT

The rain is very heavy.  Steve's Jeep drives past
the CAMERA.  The tires squish in the muddy roadway.

                              CUT TO:


83     INT.    STEVE'S JEEP    NIGHT

Lighted by the dash panel, STEVE tries to concentrate
on seeing the road.  He leans forward, rubs a cloth
on the windshield to get rid of the condensation.

From his POV we watch the windshield wipers struggle
to stay ahead of the rain.  Beyond them the headlights
make a slight dent in the night.

In the BG we hear a country station on the radio, but
it is bringing in more static than music, owing to
the electrical storm.

STEVE's hand reaches in and shuts off the radio.

                              CUT TO:


84     INT.    BIG MEETING ROOM    NIGHT

ALICE has finished her coffee.  BILL enters, shakes
the rain off his poncho and stamps his feet.

                              (continued)


MILLER EX. C

VM00076

Page 61

84     (Continued)

                              BILL
               Got to it just in time.  The generator
               was running on fumes.  I filled it up.
               That should keep it humming until
               Steve gets back.

     BRENDA gets up.

                              BRENDA
               Well, I'm wiped.  I better go write my
               mom and then get some sleep.

     BILL hands her his slicker and one of the lanterns.

                              BILL
               You'll need this.  Sleep well.

     BRENDA smiles.

                              BRENDA
               Good night, Alice.

                              ALICE
               Good night, Brenda.

     BRENDA takes her lantern, and, throwing the slicker
     over her head like a portable tent, she races off
     into the night.

     ALICE watches her go.  A glimmer of lightning outlines
     her as she heads off.

     BILL walks back into the big room, followed by ALICE.

                              BILL
               Help you clean up?

                              ALICE
               Absolutely.

     She walks with him as he carries the tray of empty
     coffee cups into the kitchen.

                                        CUT TO:


85     INT.    CAMP BATHROOM  NIGHT

     The door opens and BRENDA comes in with her lantern
     and slicker.  Her actions are direct and business-like.

                                        (continued)

MILLER EX. C                                    VM00077

85     (Continued)

BRENDA goes first to the row of sinks and looks at
herself in the mirror, holding up a propane Coleman
lantern like an examination lamp.  She takes out a
toothbrush and some other toilet articles.

She flips on both faucets and nothing comes out.
She puts her lantern down on the floor and turns
on the water valves.  She stands up, and washes
her hands and face.  She turns off the faucets and
now we hear the dripping sound that Marcie had heard.
BRENDA looks off at the shower stalls, shrugs, picks
up her lantern and makes her exit.

                                        CUT TO:


86     EXT.     RURAL ROAD      NIGHT

STEVE's Jeep coughs, sputters, stalls.  OVER we can
hear him trying to re-start his dead engine.  R-r-r-r...

                                        CUT TO:


87     INT.     STEVE'S JEEP    NIGHT

STEVE angrily steps on the gas again and hits the starter
R-r-r-r-rrr...nothing...

He looks up to see headlights coming at him in his
rear view mirror.

STEVE, wearing a yellow slicker, gets out of the
Jeep to try to flag down the oncoming car.

                                        CUT TO:


88     EXT.     RURAL ROAD      NIGHT

STEVE smiles to see that the oncoming car is the local
police car, driven by a middle-aged cop named TIERNEY.
TIERNEY has the window down already.

                                        (Continued)


**MILLER EX. C**
VM00078

88     (Continued)

                              TIERNEY
                    I told you not to buy that hunk of
                    junk!

                              STEVE
                    I think water got into the electrical
                    system.  You ride me back to camp?  I'll
                    get one of my counsellors to drive me
                    back tomorrow morning.

                              TIERNEY
                    Why not?

          STEVE is around the car and hopping in almost before
          TIERNEY can answer.

                              TIERNEY (Contd)
                    "To serve and protect" don't mean "to
                    chauffeur."

          He puts the car in gear and roars into the night.

                                        CUT TO:


89     INT.    GIRLS' CABIN/COUNSELLOR'S SECTION    NIGHT

          Under a single hanging lightbulb, BRENDA finishes
          writing at a small table.

          The weather howls outside.  There's a tapping sound.
          BRENDA looks up.  Listens, yawns, then gets up and
          starts to take off her clothes.

                                        CUT TO:


90     EXT.    GIRLS' CABIN      NIGHT

          Through her window we can see BRENDA change into
          her soft yellow flannel pajamas.

                                        CUT TO:


MILLER EX. C

VM00079

Page 64

91    INT.    GIRLS' CABIN    NIGHT

The tapping returns.

                    BRENDA
          That could drive a person bug-city.

The SOUND is apparently coming from the front of the
cabin;  perhaps she can fix it without getting too wet.

BRENDA grabs her slicker and heads out.

The CAMERA FOLLOWS BRENDA through the darkened cabin
to the front door.

                              CUT TO:


92    EXT.    GIRLS' CABIN    NIGHT

There is a small roof overhang like a porch, affording
some protection from the wind and wet.

ANOTHER ANGLE, CLOSER:  as BRENDA hears the tapping
sound closer by.  She looks and sees.

WE SEE WHAT SHE SEES:  somebody has tied a kitchen
knife to a string and left it dangling from the eaves.
The wind blows, making the knife tap against the
building.

                    BRENDA
          Neddy?  Cut the screwing around, Neddy!

She grabs the knife, breaking the string.

                    BRENDA (Contd)
          This isn't even half funny.

Angry, BRENDA turns and goes back inside the cabin.

                              CUT TO:


93    INT.    GIRLS' CABIN    NIGHT

BRENDA comes in shaking off her slicker, carrying
the knife.

                              (Continued)

**MILLER EX. C**

VM00080

93      (Continued)

                                    BRENDA
                    Christ, what a jerk.

The single bulb goes out.

                                    BRENDA (Contd)
                    Great.  Now what?

BRENDA crosses to the table, puts down her knife and
strikes a match.  She fires up the propane lantern.

                                    BRENDA (Contd)
                    Looks like I turn in early.

She moves the lamp and gets ready to climb into her
bed.  She reaches down and takes the coverlet and
tugs it clear, revealing something that has been
left there.

REACTION SHOT:  Fear spreads across her face.

REVERSE POV:  WE SEE WHAT SHE SEES:

                    A camp hatchet lies across her pillow.
                    The shiny blade is marked with blood.

BRENDA turns and runs from her room.

                                    CUT TO:


94      EXT.    GIRLS' CABIN    NIGHT

BRENDA runs from the cabin onto the porch, meaning
to make a turn towards the big cabin.  The CAMERA
is tight on her as she turns and suddenly we see a
hooded figure blocking her way!

BRENDA stops quickly, starts to cry out, then runs
the other way.

                                    CUT TO:


95      EXT.    PATHWAY/CAMP    NIGHT

BRENDA runs through the rain, her flimsy pajamas
drenched.  Her bare feet slip in the mud.  She heads
for a small rise that leads to the softball field.

                                    (continued)

96       EXT.     SOFTBALL FIELD       NIGHT

WIDE SHOT of BRENDA running across the softball
diamond.

                                        CUT TO:


97       EXT.     ELECTRICAL JUNCTION BOX    NIGHT

CLOSE UP:  a hand reaches in and slams on a circuit
breaker.

                                        CUT TO:


98       EXT.     SOFTBALL FIELD       NIGHT

CLOSE UP:  Two large spot lights on a telephone pole
light up.

                                        CUT TO:


99       EXT.     SOFTBALL FIELD       NIGHT

The softball field is now lit.  BRENDA is confused.
She looks off behind the backstop.  Then to center
field.  Confused, she runs out of the light into the
darkness and underbrush behind third base.  The
CAMERA slowly zooms in on the darkness where BRENDA
exited.  We hold on that spot for several seconds.
Finally the silence is broken by a terrified scream.
Then another.

                                        CUT TO:


100      INT.     MAIN CABIN       NIGHT

ALICE is at one of the windows.

                         ALICE
              I don't hear it anymore.

                         BILL
              Can't hear anything through that
              wind and rain.

                                    (continued)

Case 3:16-cv-01442-SRU   Document 45-1   Filed 06/09/17   Page 156 of 187

Page 67

100     (Continued)

                              ALICE
                    It sounded like Brenda.

                              BILL
                    I'll go take a look.

                              ALICE
                    Did somebody leave the lights on at the
                    softball field?

We are looking over her shoulder.  The distant glimmer
suddenly goes dark.  BILL joins her and looks.

                              BILL
                    Where?

                              ALICE
                    They're off now.

BILL heads for the door.

                              BILL
                    I'll go check on Brenda.

                              ALICE
                    Okay.

ALICE turns.  BILL is halfway out the door.

                              ALICE (Contd)
                    I'll go with you.

BILL shrugs.

                              BILL
                    If it'll make you feel better.

                                        CUT TO:


101     INT.    POLICE CAR     NIGHT

The rain continues as they drive along.

                              TIERNEY
                    Bad enough we got a full moon;  it's
                    Friday the 13th.

                                   (continued)


MILLER EX. C
VM00083

101    (Continued)

>                    TIERNEY
>         They keep statistics.  We get more accidents,
>         more robberies, more rapes, more homocides,
>         more of everything when there's a full moon.
>         It affects people.  Makes 'em nuts.

>                    STEVE
>         You've made a science out of coincidence.

The police radio, which has been on "squelch," comes
on.

>                    DISPATCHER #1 (V/O Filt)
>         Sgt. Tierney, Report.

>                    DISPATCHER #2 (V/O Filt)
>         Need a clear frequency...

>                    DISPATCHER #1 (V/O Filt)
>         Sgt. Tierney, car niner.

TIERNEY takes the mike.

>                    TIERNEY
>         This is Tierney.

>                    DISPATCHER #2 (V/O Filt)
>         Rescue squad with jaws of life...near mile
>         marker 17...possible fatals...three, maybe
>         more...head on...at least one trapped...

>                    DISPATCHER #1 (V/O Filt)
>         Sgt. Tierney, there's a bad accident. One
>         fatality known, several possibles near mile
>         marker 17 on the Interstate. Bus, tractor
>         trailer. Over.

>                    TIERNEY
>         Roger.  Acknowledge receipt. Estimate arrival
>         time fifteen minutes.  How copy?

TIERNEY has jammed on his brakes and swung the car
around.

>                    DISPATCHER #1 (V/O Filt)
>         100%.  I'll tell 'em you'll be there in
>         fifteen minutes.  Out.

TIERNEY bangs the mike down on the holder.  He stops
the car.

>                                        (continued)

**MILLER EX. C**

VM00084

101     (Continued)

                                TIERNEY
                  Have to drop you here, Steve.

                                STEVE
                  Sure.

STEVE gets out quickly.

                                STEVE (Contd)
                  Good luck.

                                TIERNEY
                  Another coincidence.

                                STEVE
                  Yeah.

                                                CUT TO:


102     EXT.      RURAL ROAD        NIGHT

STEVE turns as the cop's car door slams.  TIERNEY
peels out on the wet road.

CU as STEVE watches the lights grow dim in the distance.

ANOTHER ANGLE: as STEVE turns and jogs the other way.
Low thunder rolls in the distance.

                                                CUT TO:


103     EXT.      GIRLS' CABIN      NIGHT

BILL and ALICE have made their way to BRENDA's cabin.
From the outside they can see the Coleman lantern
burning on the table within.

                                ALICE
                  Brenda?  Brenda?  You there?

There is no response.  The CAMERA stays in a MCU of
ALICE as she and BILL cross up the stairs and into
the cabin.

                                                CUT TO:

Page 70

104     INT.     GIRLS' CABIN     NIGHT

The SHOT continues on ALICE as she looks about the
empty cabin.  Finally she stops, looking down.  The
CAMERA continues to hold on her face.

                              ALICE
                    Bill.

BILL crosses over to ALICE.  They are both looking
down, past the CAMERA LENS.


ANOTHER ANGLE:  WE SEE WHAT THEY SEE:  the bloody
hatchet left on Brenda's pillow.


ANGLE on BILL and ALICE:  (as before). Their faces
are serious.

                              ALICE
                    What the fuck is going on here?

                                        CUT TO:


105     EXT.     MAIN CAMP AREA     NIGHT


The rain slants down as BILL and ALICE make their
way towards Jack's cabin.  They go to the door.
BILL knocks.

                              BILL
                    Jack?

                              ALICE
                    Marcie?

                              BILL
                    Hey, guys!

                                   (continued)


**MILLER EX. C**

VM00086

Page 71

105     (Continued)

        BILL opens the door to the cabin.

                                                CUT TO:


106     INT.      JACK'S CABIN        NIGHT

        The door opens at us.  We see the silhouetted figures
        of BILL and ALICE.  BILL flips on the light switch.

        The cabin is empty.  Jack's backpack lies on the bed,
        the contents neatly laid out.

                                                CUT TO:


107     INT.      CAMP BATHROOM       NIGHT

        It is dark inside.  The door slams open at us as BILL
        and ALICE make their way inside.

                              ALICE
                Marcie?  Brenda?  Jack?

        BILL walks slowly towards the row of toilets and
        showers.

                              ALICE
                I think we should call the police, Bill.

        BILL, who was just about to open one of the toilet
        stalls, nods and turns back to ALICE.

                              BILL
                Okay.

        They exit.  There is a beat...and then a slickered
        shape passes between us and the night sky light
        which comes through the windows.  The shape is
        dragging something.

                                                CUT TO:


108     EXT.      OFFICE CABIN        NIGHT

        ALICE and BILL are on the porch of one of the cabins.
        To the left of the door is a small sign that reads:
        "Office."  BILL tries the door, but cannot open it.

                                                (continued)


**MILLER EX. C**

VM00087

Page 72

108     (Continued)

                    BILL
          Sucker's locked.  Who's got the key?

ALICE ignores the question, bends down beside the
cabin and comes up with a short 2x4.  She crosses
to the door and smashes through one of the window
panes.  She puts her arm through the broken glass,
unlocks the door and enters.  BILL follows.

The CAMERA continues to watch them from outside the
cabin.  They turn on a light and cross to a phone on
Steve Christy's desk.  BILL picks up the receiver,
listens, clicks the switch on the desk set several
times.

                    BILL
          It's dead.  Try the pay phone.

                    ALICE
          Do you have a dime?  A quarter?

                    BILL
          No. There must be some in the desk or
          somewhere.

They fumble through the desk to find some change.  BILL
finds some in the postage drawer.  He then crosses over
to a pay phone mounted on the wall.  The CAMERA moves to
the cornice of the building where the phone line exits.
It follows the line up the side of the cabin to the
junction where the power and phone lines come in from the
pole.  Here we see a dangling phone cable which has
been recently cut.

OVER, we hear the sound of a quarter dropping in the
dead telephone.

                    ALICE (VO)
          Hello? Hello?  This damn thing's dead, too.

                              CUT TO:

109     EXT.    MAIN CABIN FRONT        NIGHT

BILL and ALICE come out into the rain, heading for the
camper van.  They hop in.

                              CUT TO:

**MILLER EX. C**

VM00088

110   EXT.   VAN            NIGHT

BILL slides behind the wheel.  The keys are in the
ignition.  ALICE hops in on the passenger side.

BILL turns over the engine.  It grinds away but
does not catch.

From an ANGLE behind the outside mirror, we hear the
engine fail to catch.  We look in the mirror and see
someone standing in the distance, watching.

BILL gets out of the driver's side.  Slams the door.
The CAMERA TRUCKS with him as he opens the door to
the engine.  ALICE joins him as he shines his light
on the engine.

                    ALICE
          What's the matter with it?

                         BILL
          Wet.  I don't know.

He tries a few more times.

                    ALICE
          Why don't we run?  Just run now?

                    BILL
          It's over twenty miles to the crossroads.
          Steve'll be back in an hour.  Things will
          straighten out then.  We'll take his
          Jeep and get help.

He goes to her and cradles her face in his hands.

                    BILL (Contd)
          Don't worry.  There is probably some
          really stupid explanation for all this.
          When the sun comes up tomorrow, you'll
          smile.
                    (pause)
          Promise.

ALICE nods.

                              CUT TO:


111   EXT.   CAMP ENTRANCE    NIGHT

In the FG we see a camp sign.  In the BG we see a
figure running towards us.

                              (continued)

MILLER EX. C                                  VM00089

A-582

Page 74/75

111     (Continued)

The figure reaches our vantage point and is revealed
as STEVE CHRISTY.  Just as he's about to make the
turn into the driveway, he looks up and smiles.  He
stops and catches his breath as the other person
catches him in the light of a flashlight.

                    STEVE
          Hi.  What are you doing out in this
          mess?

He shields his eyes from the light.

                              CUT TO:


112     EXT.    LAKE          NIGHT

From across the lake, the lights from the camp twinkle
through the rain drops.

                              CUT TO:


113     EXT.    GENERATOR SHED       NIGHT

The CAMERA as PROWLER moves to the shed.  The noise
of the generator grows louder as the door is opened.

                              CUT TO:


114     INT.    BIG MEETING ROOM     NIGHT

BILL sits on the chair, a rifle across his lap.
In the BG, ALICE sits on the couch, dozing.  On
the coffee table in front of her is a large machete.

BILL's eyes are closing.  He jerks himself awake,
then starts to doze again.

The bulb overhead grows yellow, orange, and then
goes out.

                              (Continued)

MILLER EX. C

VM00090

114     (Continued)

The bulb overhead grows yellow, orange, and then goes
out.

BILL snaps awake.  He grabs a flashlight by his feet
and flicks it on.

                    BILL
          Oh, shit....

He goes to the ping-pong table where he has placed some
lanterns.  He fires up a Coleman and places it on the
mantel.

He lights a second lantern and leaves it on the ping-
pong table.

BILL checks on ALICE, makes sure she's asleep, then
exits, carrying his rifle and a battery-operated
fluorescent lamp.

HOLD on ALICE's peaceful face as she slumbers.

                                   CUT TO:


115-118:  OMITTED.

119     EXT.     GENERATOR SHED          NIGHT

The rain has lessened a bit.  BILL approaches the shed
with his fluorescent lamp and rifle.  He has the rifle
at the ready.

CU on his hand on the door handle.  He pulls it open.

                                   CUT TO:


120     INT.     GENERATOR SHED          NIGHT

The generator stands there quietly.  BILL comes into
view, spraying the interior with lamplight.

In the FG is a broken sparkplug which BILL does not
see immediately.  It has been smashed by the blow
of a hammer.

BILL goes to the gas tank and unscrews the top. He looks
in---there is enough gas. He puts the cap back on.

                              (continued)


MILLER EX. C

VM00091

120     (Continued)

        Then his eye catches something.  He looks at the broken
        plug.  He shakes his head and looks around for a wrench
        to fix it. He puts the rifle down on the floor of the shed

                                        CUT TO:


121     INT.    BIG MEETING ROOM    NIGHT

        ALICE sits up into the CAMERA, startled and afraid.

                        ALICE
                Bill?!

        She gets her bearings and looks around.  Stands up.
        She looks at the bulb overhead.  Pulls its string.
        No light.

        She sees the lanterns which have been placed around.

                        ALICE (Contd)
                The generator...

        Now that she has figured out where Bill must be, she
        relaxes a little.  Smiles.  She goes to the mantelpiece,
        takes the lantern, and walks into the kitchen.

                                        CUT TO:


122     INT.    KITCHEN        NIGHT

        ALICE puts down the lamp and goes about filling a big
        old tea kettle with water.  She puts it on the stove
        and pops on a burner and prepares two cups of instant
        coffee.

        Impatient and curious, she walks to the front door of
        the cabin and looks out.

                        ALICE
                Bill?  Bill?

        The calm which she had grasped a few moments before
        is beginning to desert her.

                                        CUT TO:

MILLER EX. C

VM00092

Page 78

123     INSERT:   Whistling tea kettle on the kitchen stove.

                                          CUT TO:


124     INT.    KITCHEN          NIGHT                      12

        ALICE takes the kettle off the flame.

        The whistling stops abruptly.  ALICE pours water into
        the two cups.  She stirs the coffee.

        Unable to contain her impatience any longer, ALICE
        picks up her lantern, grabs a slicker, and heads out
        the door.

                                          CUT TO:


125     EXT.    MAIN CABIN AREA        NIGHT                 1:

        ALICE walks very quickly around the side of the cabin,
        headed for the generator shed.

                              ALICE
                Bill!

                                          CUT TO:


126     EXT.    GENERATOR SHED        NIGHT                   1

        The door to the shed is closed.  ALICE looks around and
        then puts a hand on the handle.  In CU we see the hand
        pull.  The door doesn't budge.

        REACTION SHOT:  ALICE decides to pull harder.

        She puts down her lamp and uses both hands and tugs.
        She pulls until she finally wrenches the door open.
        The lamp casts long shadows upwards.

        The generator sits silent.

        ALICE leans into the shed to look.

        The CAMERA TRACKS very slowly around behind her so
        that we can see behind the right-hand corner of the
        building.  As we clear the edge, we see something
        hanging from a rope which runs down from a branch
        above.

                                          (continued)

MILLER EX. C                                    VM00093

A-586

Page 79

126   (Continued)                                              1:

The something turns slowly in the wind.  It is BILL--
dead--in a travesty of the martyrdom of St. Sebastian,
shot with arrows.

ALICE comes out of the shed, distraught.

                    ALICE
          Bill?

She closes the door, and turns in the direction of
the body.

REACTION SHOT:   ALICE.  She is riveted with horror,
unable to move or turn or run.  The SOUNDTRACK screams
with the THEME, the insistent STINGER, a shriek and
a thunderclap.

ALICE finally gives voice to her terror--again and
again.  She turns, leaving the lantern, and runs back
towards the main cabin.

                    ALICE
          Help!  Help!

                              CUT TO:


127   INT.    MAIN CABIN    NIGHT                              1

ALICE bursts through the front door into CAMERA.

                    ALICE
          Jack!  Marcie!  Help me!

                              CUT TO:


128   INT.    BIG MEETING ROOM    NIGHT                        1

ALICE races to the coffee table, looking for BILL's
machete.  It is not there.

                    ALICE
          The knife!

She gets down on her hands and knees to look for it.

LOW ANGLE:  as she scrabbles on all fours.  Nothing
under the couch.

                              (continued)


**MILLER EX. C**

VM00094

128    (Continued)                                                    1

ALICE gets back up and rushes to the ping-pong table
to get the lamp.

Just as she reaches the table--which is more or less
against a window--a figure swings, pendulum-like, into
the glass, shattering the pane in the window opposite
ALICE.

It is BRENDA, long-since dead, dripping wet, white-
faced.

ALICE sees her, turns and runs as fast as she can for
the front door.

ALICE flings open the wooden door and runs into a
rain-suited figure.

ALICE screams.  The figure holds ALICE in a strong
grasp.

When ALICE focuses, she sees a kindly woman in her
early fifties.  She is strong, fairly tall, and very
nice-looking.  This is MRS. VOORHEES.  She wants
ALICE to stop shrieking long enough to tell her what
the matter is.  ALICE sobs incoherently, pointing
back to the rear window.

                    MRS. VOORHEES
          There now, my dear.  Please.  I can't
          help you if you can't talk to me.  There,
          there now...

ALICE allows the woman to lead her back into the room.

MRS. VOORHEES leads ALICE to the couch.  In the BG
we can see the broken window, but BRENDA is not
visible.

                    ALICE
          He's dead...She's dead...all dead...
          Please save me...oh, poor Bill...Oh
          my God, oh my God...oh God...

                    MRS. VOORHEES
          It will be all right.  I'll take care
          of you.

                    ALICE
          Jack?  Marcie?  Ned?

                              (continued)

A-588

Page 81

128      (Continued)

MRS. VOORHEES comforts her with a strong arm.

                    MRS. VOORHEES
               It's just this place.  The storm.  That's
               why you're all upset.

                    ALICE
               No, no, they're all dead...

ALICE points over her shoulder towards the ping-pong
table without looking.

MRS. VOORHEES looks, shrugs.

                    MRS. VOORHEES
               I'll go look.

ALICE's face registers the new terror.

                    ALICE
               They'll kill you!  Don't leave me!

MRS. VOORHEES smiles warmly.

                    MRS. VOORHEES
               I'm not afraid.

ALICE waits by the couch as MRS. VOORHEES crosses the
room to the back window.

                    ALICE
               All dead?  Neddy?  Oh, Marcie...

ALICE stands close to the fireplace.

MRS. VOORHEES reaches the window and looks out.  BRENDA's
body sways just out of reach.  MRS. VOORHEES is shocked.

                    MRS. VOORHEES
               Oh, my lord...

MRS. VOORHEES turns back and, as she passes the ping-
pong table, she picks up the lantern.

ALICE waits at the fireplace.

                    MRS. VOORHEES
               So young, so pretty.  What monster could
               have done such a thing?

                              (continued)

MILLER EX. C

VM00096

128     (Continued)                                              12

                              ALICE
                Bill--Bill--Bill is out there...

        She lets MRS. VOORHEES take her in her arms.

                              MRS. VOORHEES
                We shall go straight to the police.

        ALICE backs up.

                              ALICE
                The killer is still out there.

                              MRS. VOORHEES
                I will protect you.

        MRS. VOORHEES looks around the room.

                              MRS. VOORHEES (Contd)
                Oh, this place...It should never have
                been a camp.  Not for children.  They
                had so much trouble here.

        The fire glimmers slightly in the fireplace.  A log
        burns through and rolls off, throwing up a small
        shower of sparks.

                              MRS. VOORHEES (Contd)
                Camp Blood.

        MRS. VOORHEES has almost completely calmed the girl
        down.  Strokes her soft hair.

                              MRS. VOORHEES (Contd)
                You know a boy drowned the year before
                those two other were killed?  An accident?
                It was inadequate supervision.  The
                counsellors were not paying enough
                attention...They were making love when
                that boy drowned.

        ALICE looks up as the WOMAN strokes her hair.

        ANOTHER ANGLE:  MCU as the OLDER WOMAN's hand strokes
        the YOUNGER WOMAN's hair.  The hand is missing its
        little finger!

        The THEME enters upon the TRACK in a lyrical, child-like
        version, echoing back to another era, pretty and light.

                              (continued)

Page 84

128    (Continued)                                                    12

        ALICE starts to become increasingly anxious.  She
        can't see the knife rise behind her.

                        ALICE
            Mr. Christy will be back soon,

        MRS. VOORHEES shakes her head from side to side.

                        MRS. VOORHEES
            No, he won't.  I killed him as well....

        The shock of recognition hits ALICE.  In CU her eyes
        look up and see the knife which MRS. VOORHEES now
        has poised and ready to strike.

        ALICE bolts off the couch and stumbles backwards into
        the fireplace, scattering ashes and sparks.

        MRS. VOORHEES stands and steps forward.

                        MRS. VOORHEES
            I couldn't let them start this camp
            again, could I?

        ALICE, in panic, looks for an escape.  She grabs the
        fireplace poker.

                        ALICE
            I won't let you!

        ALICE swings the poker back and forth.

                        ALICE (Contd)
            No!  No!  No!

        MRS. VOORHEES raises her arm to slash downward with the
        knife.  ALICE swings the poker hard to MRS. VOORHEES'
        other arm and rib cage.

        MRS. VOORHEES is in pain, her face a mask of rage.

        ALICE drops the poker to run for the door.

        MRS. VOORHEES hesitates for a moment, then follows
        ALICE deliberately.

        Lightning goes off followed quickly by thunder.

                                        CUT TO:

**MILLER EX. C**

VM00098

Page 85

129     EXT.     MAIN CABIN/TREE     NIGHT                          1

        ALICE gets to the door and stops.  She fiddles with
        the side of the screen...somebody has latched it.

        CLOSER on ALICE, taking one look over her shoulder,
        kicks at the door, snapping the latch.

        ANOTHER ANGLE:  as ALICE runs out into the rain,
        the mud, the thunder and the lightning.  The
        THEME is going full-tilt as ALICE makes a quick turn
        to run towards the road.

        TWO-SHOT:  as ALICE bumps into an object which swings
        from above.  A slice of lightning reveals it to be
        the dead body of STEVE CHRISTY hanging from the tree.
        A rope is looped under his arms, his head is down
        on his chest, and a long blade protrudes from
        his heart.

        REACTION SHOT:  ALICE in terror.

        ANOTHER ANGLE:  ALICE runs and suddenly bumps into
        another pair of legs which swing from the same big
        tree.

        STROBE SHOT:  of JACK, dangling, dead.

        ANOTHER ANGLE:  ALICE runs for the Arts & Crafts cabin.
        In the BG we can see the yellow-slickered MRS. VOORHEES
        closing the distance between herself and ALICE.

                                        CUT TO:


130     EXT.     ARTS & CRAFTS CABIN          NIGHT

        ALICE runs for the door, slams through it.

        The CAMERA waits for MRS. VOORHEES, but she does not
        appear.

                                        CUT TO:


MILLER EX. C

Page 86

131     EXT.      GENERATOR SHACK      NIGHT

        MRS. VOORHEES runs to the door and opens it quickly.

                                              CUT TO:


132     INT.      ARTS & CRAFTS CABIN      NIGHT

        ALICE is hiding in the shadows behind a table.  We
        hear the SOUND of the generator starting outside
        and suddenly three bright overhead lights come on.

        ALICE looks across the room to the light switch,
        afraid to reveal her hiding place.

        She looks for an escape.  There's a window.  She
        starts for it, then stops and turns and dives under
        an arts & crafts table.


        ANOTHER ANGLE:  MRS. VOORHEES opens the door and walks
        in a few feet.

        She carries a machete in her hand.  We see this
        instrument in CU as we hear OVER the sound of her
        son, JASON, calling to her.

                        JASON (VO)
                Help, mommy, I'm drowning!  Oh, mommy,
                please....

        The CAMERA PANS UP to her face and we see that the
        voice of JASON is coming from within her in LIP
        SYNC.  She is both characters--though the child's
        voice is authentically dubbed.

        ALICE can just make out what is happening and can
        hear the VOICE OF JASON.

        ALICE is very still.  Her eyes widen as she listens
        to MRS. VOORHEES rave.

                        JASON (Lipsync)
                Don't let me die, mommy...I can't breathe...
                Help me, breathe...

        MRS. VOORHEES is having trouble catching her own breath.
        She strokes her throat with her free hand and the voice
        of the child stops.

                                              (continued)


MILLER EX. C

VM00100

132     (Continued)                                                    1

> MRS. VOORHEES
> (in her own voice)
>
> I can't let them kill any more children.
> Come out now.

She wades through table after table, pushing them
out of her way with the strength she has demonstrated
throughout as the PROWLER.

When MRS. VOORHEES gets close to ALICE, ALICE bolts
up and out to try to run.

MRS. VOORHEES is too quick for her, shoving a table
across her path like a barred door.  Before ALICE can
think twice, MRS. VOORHEES has shoved a second table
in behind her so that now ALICE is sandwiched between
them.  She can duck down or climb over or come out
the only open end--the end where MRS. VOORHEES is
standing.

ALICE looks behind her and sees a shelf.  On the
shelf is a box.

MRS. VOORHEES is coming down the aisle between the
two tables.  Her machete is coming up in an attack.

ALICE reaches into the box in CU and pulls out a
handful of leather-working tools. She hurls them at
MRS. VOORHEES as hard as she can.

MRS. VOORHEES has to put her arms up to ward off the
spinning knives.  One cuts her under the eye and she
lets out a low animal bellow.

ALICE leaps up, climbs over the table and runs for
the door.

MRS. VOORHEES shoves the tables over and hurries after
her.

ALICE gets to the door, shuts off the light switch
and runs out.

We can hear JASON'S VOICE.

> JASON (VO)
> Kill her, mommy!  Kill her!

> CUT TO:

**MILLER EX. C**

VM00101

Page 88

133     EXT.     CAMP GROUNDS/EQUIP.SHED        NIGHT

The central area is bathed in light.  The rain has
stopped.  MRS. VOORHEES has turned on all the flood-
lights.

ALICE runs to the corner of one of the cabins.  She
stops to look back.  MRS. VOORHEES is gaining on her.

ALICE runs to the equipment shed.


ANOTHER ANGLE:  The door is thrown back.  ALICE goes
in.  Looks for a weapon.  Nothing is available.
ALICE sobs with fear.  She runs.

MRS. VOORHEES passes the equipment shed.

                                      CUT TO:


134     EXT.     RIFLE RANGE SHACK       NIGHT

A single bulb outside the building shows ALICE as
she bursts through the door.

                                      CUT TO:


135     INT.     RIFLE RANGE SHACK       NIGHT

It is a small cabin.  On the walls are five .22 calibre
rifles.

ALICE runs into the dimly lit cabin and takes one of
the rifles from the wall.

She rummages in a drawer.  It's empty.  She tries
another.  Empty.

                        ALICE
             Where are the goddamned bullets?

The next drawer has a lock and hasp on it.

ALICE looks around.

                                      CUT TO:


**MILLER EX. C**

VM00102

Page 89

136      EXT.      RIFLE RANGE SHACK      NIGHT

MRS. VOORHEES is on her way, charging through the
night.

                                        CUT TO:


137      INT.      RIFLE RANGE SHACK      NIGHT

ANGLE ON ALICE:  She whacks the hasp with the butt
of the rifle.  The hasp doesn't give.  She gives
it another butt stroke.  It won't give.  A shadow
covers ALICE's back.  She turns.

ANOTHER ANGLE:  MRS. VOORHEES is standing in the
doorway, blocking the light.  Still carrying the
machete, MRS. VOORHEES steps slowly toward ALICE.

ALICE, with an almost useless .22 in her hands, does
the only thing she can.  She takes the weapon by
the barrel and, swinging it like a baseball bat,
whacks MRS. VOORHEES on the arm/shoulder, knocking
the killer off balance and into the wall.

MRS. VOORHEES slams through a flimsy table, crushing
it, and drops to the floor.

ALICE runs out the door.

                                        CUT TO:


138      EXT.      MAIN CABIN FRONT      NIGHT

ALICE huffs past the dead camper van, through the
mud to the front door of the main cabin.  She runs
in quickly.  There is no sign of MRS. VOORHEES.  She
turns off the lights and runs into the kitchen.

                                        CUT TO:


139      INT.      KITCHEN AREA      NIGHT

ALICE looks from side to side, hoping to find a place
to hide.  She spots the half-open door to the larder,
looks inside and then hides there, closing the door
behind her.

                                        CUT TO:

**MILLER EX. C**

VM00103

140     INT.     LARDER          NIGHT

There is some light that comes through the cracks
and crevices.  ALICE's hands fasten onto the inside
lock--the dead-bolt type which requires a key to
unlock it from the other side.

ALICE relaxes a little bit now that she is locked
inside.

As soon as she relaxes, we hear the front screen door
slam.  Then we hear some shuffling around outside.
The lights are turned on.

          JASON (VO)
     Please kill her, mommy...Help me, please.
     Kill her, mommy.

There is the sound of pots being rustled through.
Then the sound of another door being slammed.

ALICE relaxes again.

Then there is a silence.  ALICE thinks about unlocking
the door now.  She reaches out for the lock.  Then
thinks better of the idea.

She eases down the door frame to the floor.  On all
sides are the cans of food and cooking implements.
There is a large skillet, some bags of flour, etc.

ALICE covers her head with her arms.

The doorknob above her head (a few inches away) turns
very slowly.  We see it, but she does not.  MRS.
VOORHEES' hand finishes turning and now starts to
push gently.  There is almost no give, but we see
that the door is being tested.

The voice on the other side is very young, very sing-
song.

          JASON (O.S.)
     Come out, come out, wherever you are...

ALICE jerks back and stands up on the far side of the
small room.

Fists bang in a rage on the door.

                              (continued)

Page 91

140      (Continued)                                                    1

                              ALICE
                    Please...

ALICE folds her hands at the side of her face.

The fist-banging gives way to a short silence.

The silence is interrupted by a new sound:  MRS.
VOORHEES has begun to use her machete to chop away
at the outside of the door to the larder.

REACTION SHOT:  ALICE...oh, my God...

At first we see nothing on our side.  Then, gradually,
we see little slivers of lights admitted by the blade's
chops.  ALICE's eyes race around the larder to try to
find a weapon, a defense, anything...

Larger holes are now made.  MRS. VOORHEES stops just
long enough to take a peek inside.  We can see her
eye at the largest hole.  She goes back to whacking
away at the door.  The hole is near the lock.  It is
soon big enough for MRS. VOORHEES to reach inside
with her hand and turn the rachet.

ALICE realizes she must defend herself. She reaches
down and picks up a heavy skillet and, as the door
opens, ALICE raises her weapon and, screaming, charges
the woman who is trying to come through the entrance.

MRS. VOORHEES chops down with the machete.  ALICE
fends off the blow with the skillet that she holds
with both hands above her head.  As the machete
blade bounces off the skillet, ALICE is able to
swing the skillet downward and hit MRS. VOORHEES
with a solid blow on top of her head.  MRS. VOORHEES
sprawls sideways across the table and then collapses
in a heap on the floor.

ALICE raises the skillet again to strike.  She crosses
carefully to MRS. VOORHEES and pushes her gently
with her foot, the way she might poke a dead animal
in the roadway.

ANOTHER ANGLE:  MRS. VOORHEES lies totally inert.
There is a small puddle of blood under her head.

ANGLE ON ALICE:  She relaxes, puts down her weapon
and crosses slowly out of the room.

                                        CUT TO:

**MILLER EX. C**

VM00105

Page 92

141      EXT.      LAKE      NIGHT

         The moon comes out from behind a cloud.  ALICE
         pushes a canoe into the water and paddles as rapidly
         as her tired body will permit, out in the lake to safety.

                                        CUT TO:


142      EXT.      LAKE      NIGHT

         Exhausted, ALICE puts her paddle across her lap
         and falls forward, slumped across a thwart.

                                        CUT TO:


143      EXT.      CAMP      DAWN

         The first rays of sunlight streak the sky from
         beyond the horizon, promising a hot and sunny
         summer's day.  The birds are up, foraging for food.

         As the CAMERA scans the peaceful scene, we see the
         sky reflected in the calm waters of Crystal Lake.
         The canoe holding ALICE is drifting in big slow
         circles across the surface of the lake.

                                        CUT TO:


144      EXT.      LAKE      DAWN

         ALICE lies, in MCU, in the canoe, sleeping.  She
         has not changed her position since collapsing a few
         hours before.  The water laps gently against the
         side of the canoe.  Very slowly, she wakes.  She
         opens her eyes.

         The canoe has drifted into the shade of some enormous
         tree boughs that overhang the edge of the lake.  They
         shade ALICE from the bright rays of the sun.  The
         canoe rocks gently. ALICE is still, listening to the
         sound of the lapping water.

                                        (continued)


**MILLER EX. C**

VM00106

Page 93

144     (Continued)                                                    1₄

Suddenly there is a blood-curdling scream, a MUSICAL
STINGER, and the screen is filled with the flying,
whirling form of MRS. VOORHEES, who leaps from the
overhanging boughs into the canoe, barely missing
ALICE's slumped form!

The canoe immediately overturns and both MRS. VOORHEES
and ALICE try to find their footing in the shallow
water.  MRS. VOORHEES is covered in mud and blood.
She sees ALICE struggling to get up and moves toward
her, brandishing her blood-spattered machete.  ALICE
turns, sees MRS. VOORHEES coming.  ALICE grabs a
paddle floating near her.

MRS. VOORHEES pushes the canoe to one side, wading
through the waist-high water as fast as she can.  She
screams with rage.  Her face goes through a horrifying
transformation.  From her mouth comes the VOICE OF JASON.

                    JASON (LipSync)
          Mommy!  Mommy!  Mommy!

ALICE can't move fast enough to get away from MRS.
VOORHEES, who is slashing the air with her big knife
trying to hit ALICE.  ALICE slips, falls in the water,
gets her footing back and has to turn and block the
blow of the machete with the paddle, using it like
a staff to ward off the blow.  The machete cuts the
paddle neatly in half.  MRS. VOORHEES raises the
knife for another blow and ALICE lunges for her
knees and succeeds in throwing MRS. VOORHEES into
the water.  The machete flies out of her hand and
lands in the water.  The two women roll in the water.
MRS. VOORHEES is trying to strangle ALICE, her hands
stretching to reach around her throat.  They roll
over and under the water.  We cannot see who is winning.

Suddenly MRS. VOORHEES finds her footing and stands up,
looking for ALICE. She is screeching madly.

                    JASON (LipSync)
          Kill her, mommy!  Kill her, mommy!

ALICE shoots up out of the water  holding the machete,
and in one, wild swing, decapitates MRS. VOORHEES, whose
head flies off into the water.

The body stands for a minute, then falls heavily into
the lake.

ALICE drops the machete into the water and starts to
wade to shore.

                                        CUT TO:

**MILLER EX. C**

VM00107

Page 94

145        EXT.        CAMP ROAD/SIGN        MORNING

ALICE walks slowly down the road away from the camp.
We hear the sound of a car approaching.  Now it comes
into view.  It is a state vehicle, black and white,
with an emblem on the door that says "State Department
of Health and Safety".  There are two middle-aged
bureaucrats inside.

ALICE waves down the car, which pulls up beside her.

                    1st INSPECTOR
          Good morning, miss.

                    2nd INSPECTOR
                (Leaning across the front seat)
          Are you all right, ma'am?

                    ALICE
          Help me.

The CAMERA PANS BACK while the two men get out of
their vehicle and come around to help ALICE.

                                        CUT TO:


146        EXT.        CAMP            MORNING

LONG SHOT of the camp with the sun sparkling on the
waters of Crystal Lake.  The canoe lies half sunken
in the shallows.  One paddle drifts in the current.
The lake has swallowed its secret.

ROLL CREDITS.


**MILLER EX. C**

VM00108